William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>                      Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>                      Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:         The United States District Court
            For the District of Alaska

AND TO:     Joe P. Josephson, Esq.
            JOSEPHSON & ASSOCIATES, P.C.
            912 W. 6th Avenue
            Anchorage, AK 99501

   You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART STORES, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Pamela Estes v. Wal-Mart Stores, Inc.*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-6326 CI.  You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska (Complaint at P. 1); Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about March 22, 2006, and was served on defendant on March 31, 2006.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 13th day of April, 2006.

                                      LANE POWELL LLC
                                      Attorneys for Defendant


By  /s/ William A. Earnhart
    William A. Earnhart
    LANE POWELL LLC
    301 West Northern Lights Boulevard, Ste 301
    Anchorage, Alaska 99503-2648
    Telephone:   907-277-9511
    Facsimile:    907-276-2631
    E-mail: earnhartw@lanepowell.com
    ASBA 9411099

I certify that on April 13, 2006, a copy of the foregoing was served by mail on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

 /s/ William AA. Earnhart

111655.0265/154620.1

**Notice of Removal**
*Pamela Estes v. Wal-Mart Stores, Inc.*        (Case No. 3:06-cv-_____)        Page 2 of 2

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631