IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　　Defendant | Case No. 3AN-06-6326 CI<br><br><br><br><br><br>**NOTICE OF REMOVAL TO**<br>**UNITED STATES DISTRICT COURT** |

TO:　　　　Clerk of Court
　　　　　　Alaska Court System, Third Judicial District at Anchorage

AND TO:　　Joe P. Josephson, Esq.
　　　　　　JOSEPHSON & ASSOCIATES, P.C.
　　　　　　912 W. Sixth Avenue
　　　　　　Anchorage, Alaska 99501

　　Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-06-6326 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc., on April 12, 2006, with the Clerk of the United States District Court for the District of Alaska.

　　DATED this 13 day of April, 2006.

　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　William A. Earnhart, ASBA 9411099

I certify that on April 13, 2006, a copy of the foregoing was served by mail on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

111655.0265/154622.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT A
PAGE 1 OF 1