William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| PAMELA ESTES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br><br><br>**RULE 7.1 CORPORATE DISCLOSURE** |
|---|---|

Defendant, Wal-Mart Stores, Inc., by and through counsel, provides the following disclosure statement in accordance with Civil Rule 7.1(a).

Wal-Mart Stores, Inc. has no parent corporation and is a public-traded corporation.

DATED this 13th day of April, 2006.

　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　Attorneys for Defendant


　　　　　　　　　　　　　　　　　　By  /s/ William A. Earnhart
　　　　　　　　　　　　　　　　　　　　William A. Earnhart
　　　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Ste 301
　　　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99503-2648
　　　　　　　　　　　　　　　　　　　　Telephone:   907-277-9511
　　　　　　　　　　　　　　　　　　　　Facsimile:    907-276-2631
　　　　　　　　　　　　　　　　　　　　E-mail:  earnhartw@lanepowell.com
　　　　　　　　　　　　　　　　　　　　ASBA 9411099

I certify that on April 13, 2006, a copy of the foregoing was served by mail on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

/s/ William A. Earnhart

111655.0265/154624.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631