William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>                            Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>                            Defendant. | Case No. 3:06-cv-00082-TMB<br><br>**ANSWER TO COMPLAINT** |

COMES NOW the defendant, WAL-MART STORES, INC., by and through counsel, the Law Firm of Lane Powell LLC , and answers plaintiff's complaint as follows:

1. Upon information and belief, Defendant admits the allegations set forth in Paragraph 1.

2. Defendant admits the allegations set forth in Paragraph 2, save and except that it is a corporation organized under the laws of the State of Delaware, not Arkansas.

3. Upon information and belief, Defendant admits the allegations set forth in Paragraph 3.

4. Defendant admits that Plaintiff fell but denies the remainder of the allegations in Paragraph 4.

5. Defendant denies the allegations contained in Paragraph 5.

6. Defendant denies the allegations contained in Paragraph 6.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 and therefore denies the same.

8. Defendant denies the allegations contained in Paragraph 8.

9. Defendant denies the allegations contained in Paragraph 9.

10. Defendant denies the allegations contained in Paragraph 10.

11. Defendant denies the allegations contained in Paragraph 11.

12. Defendant denies the allegations contained in Paragraph 12.

## AFFIRMATIVE DEFENSES

1. Plaintiff's alleged damages, if any, were the result of negligence by the plaintiff and/or third parties, and, therefore, any recovery by plaintiff is barred or reduced according to the principles of comparative negligence and AS 09.17.080.

2. Plaintiff has failed to state claims upon which relief can be granted.

3. Plaintiff has failed to mitigate damages.

4. Defendant reserves the right to assert such other and further affirmative defenses as may be revealed by discovery and investigation.

## PRAYER FOR RELIEF

WHEREFORE, having answered plaintiff's Complaint and having set forth affirmative defenses, defendant prays for relief as follows:

1. That plaintiff's complaint be dismissed with prejudice;

2. That defendant be awarded its costs, including reasonable attorneys' fees, incurred in the defense of this action; and

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

3.      For such further relief as this Court deems equitable and just.

DATED this 14th day of April, 2006.

                                              LANE POWELL LLC
                                              Attorneys for Defendant


                                         By  /s/ William A. Earnhart
                                            William A. Earnhart
                                            LANE POWELL LLC
                                            301 West Northern Lights Boulevard, Ste 301
                                            Anchorage, Alaska 99503-2648
                                            Telephone:   907-277-9511
                                            Facsimile:   907-276-2631
                                            E-mail:  earnhartw@lanepowell.com
                                            ASBA 9411099

I certify that on April 14, 2006, a copy
of the foregoing was served electronically on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

  /s/ William A. Earnhart

111655.0265/154667.1

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Answe To Complaint**
*Pamela Estes v. Wal-Mart Stores, Inc.*   (Case No. 3:06-cv-00082-TMB)   Page 3 of 3