William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>                    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Case No. 3:06-cv-00082-TMB<br><br>**NOTICE OF FILING STATE COURT RECORD** |

COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of April 14, 2006 [Docket 4), attaches hereto a full and complete copy of the State Court's file in *Pamela Estes v. Wal-Mart Stores, Inc.,* Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-6326 CI:

A.   Plaintiff      03/17/06   Complaint / Summons

B.   Defendant   04/10/06   Entry of Appearance

C.   Defendant   04/10/06   Demand For Jury Trial

D.   Court         04/12/06   Initial Pretrial Order

E.   Defendant   04/13/06   Notice of Removal To United States District Court

DATED this 19th day of April, 2006.

        LANE POWELL LLC
        Attorneys for Defendant

By /s/ William A. Earnhart
   William A. Earnhart
   LANE POWELL LLC
   301 West Northern Lights Blvd., Ste 301
   Anchorage, Alaska 99503-2648
   Telephone:  907-277-9511
   Facsimile:  907-276-2631
   E-mail: earnhartw@lanepowell.com
   ASBA 9411099

I certify that on April 19, 2006, a copy
of the foregoing was served electronically on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

/s/ William A. Earnhart
111655.0265/154717.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631