IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

PAMELA ESTES, )
)
    Plaintiff, )
)
v. )
)
WAL-MART STORES, )
INC., )
)
    Defendant. ) Case No. 3AN-06-6326 Civil
)

# COMPLAINT

Plaintiff, PAMELA ESTES, for her complaint and cause of action against defendant WAL-MART STORES, INC., alleges:

1. She is a resident and inhabitant of the State of Alaska, Third Judicial District, at Anchorage, and has been such at all times pertinent.

2. Defendant WAL-MART STORES, INC., is a corporation organized under the laws of Arkansas, with its principal offices and headquarters at Bentonville, Arkansas. Defendant owns and operates certain retail stores in and near Anchorage, Alaska, including a store located on the Old Seward Highway, near Dimond Boulevard.

3. On Friday, November 26, 2004 (the day after Thanksgiving), plaintiff was a business visitor at the store designated in the preceding sentence. Plaintiff made

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)  (907) 276-0155 (Fax)

EXHIBIT __A__
PAGE __1__ OF __5__

purchases, paid for them, and was in the process of heading towards the exit.

4. As she was heading towards the exit, plaintiff tripped and fell over and on a clear (transparent) plastic hanger which lay on the floor. After the fall, plaintiff immediately felt numbness down her right leg and right side. Soon afterwards, she experienced pain in the left low back, buttock, and down the left leg. These pains were the natural, direct and proximate consequences of plaintiff's fall described in the foregoing paragraph.

5. Defendant, its agents and employees, were negligent in allowing the transparent hanger to lie on the floor of the heavily trafficked area where plaintiff's fall took place. Defendant's negligence was the immediate, direct, natural and proximate cause of plaintiff's fall.

6. Defendant, its agents and employees, were also negligent in utilizing clear plastic hangers which, when on the floor, cannot be readily seen and identified by walkers.

7. The fall described above occurred when plaintiff was recovering from disc fusion surgery performed approximately six months earlier. As her physical therapist observed on December 16, 2004, plaintiff had been progressing very well, with decreased pain, improved trunk stabilization, and

Estes v. Wal-Mart, Inc., Complaint, page 2

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)  (907) 276-0155 (Fax)

EXHIBIT __A__
PAGE __2__ OF __5__

improved functional status up until her fall on November 26, 2004, after which she experienced increased pain.

8. After plaintiff's employer (Fred Meyer) learned of plaintiff's fall of November 26, 2004, and as a result of that event and plaintiff's physical limitations resulting therefrom, plaintiff lost her position, and as a result, lost income and benefits, the measure and quantum of which will be presented at trial. Included in plaintiff's financial losses are her need to surrender Fred Meyer stock options, the loss of discount privileges at Fred Meyer stores, and the loss of wages and benefits (including health coverage).

9. Plaintiff has incurred medical expenses as a result of her fall on November 26, 2004 and is likely to incur future medical expenses as a consequence of that fall.

10. Plaintiff experienced, and continues to experience, great pain of body and mind as a further consequence of that fall.

11. Plaintiff will experience future medical expenses, prescription costs, loss of employment, and great pain of body and mind, as a result of the fall of November 26, 2004, as well as future wage and benefits losses as well.

12. Plaintiff's damages exceed $75,000.00.

WHEREFORE, plaintiff prays for the recovery of damages

Estes v. Wal-Mart, Inc., Complaint, page 3

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

EXHIBIT  A
PAGE  3  OF  5

a. to compensate her for loss of past, present and future wages and benefits (including health benefits and retirement (401[k]) benefits;

b. to compensate her for her physical and mental pain and suffering;

c. to compensate her for medical and other health care expenses, including prescription medicine and also including expenses to be incurred in the future;

d. to compensate her for hedonic damages associated with her loss of enjoyment of life; and

e. for the recovery of the costs and attorney fees incurred in the prosecution of this case, along with such other, further or different relief as the court or jury may find proper and just.

DATED March 17, 2006, at Anchorage, Alaska.

_____
Joe P. Josephson
Alaska Bar No. 6102018
912 West 6th Avenue
Anchorage, Alaska 99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Attorney for Plaintiff

Estes v. Wal-Mart, Inc., Complaint, page 4

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)  (907) 276-0155 (Fax)

EXHIBIT A
PAGE 4 OF 5

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Pamela Estes

                Plaintiff(s),

vs.

Wal-Mart Stores, Inc.

                Defendant(s).

CASE NO. 3AN- 06-6326CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Claims Management Inc. Registered agent for Walmart

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Joe P. Josephson, whose address is: 912 W 10th Ave, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Christen.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

3-22-06
Date

By: _____
Deputy Clerk

EXHIBIT A
PAGE 5 OF 5

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 55