IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

PAMELA ESTES,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant

Case No. 3AN-06-6326 CI

**ENRY OF APPEARANCE**

COMES NOW the law firm of Lane Powell LLC and enters its appearance as attorneys of record on behalf of defendant, Wal-Mart Stores, Inc., in the above-captioned case and requests that copies of all pleadings filed in this action be mailed or delivered to its offices at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this 10 day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By_____
William A. Earnhart, ASBA 9411099

I certify that on April 10, 2006, a copy of the foregoing was served by mail on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

_____

111655.0265/154600.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

EXHIBIT  B
PAGE  1  OF  1