IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

PAMELA ESTES,                               )
                Plaintiff,      )
v.                                          )
                                 )
WAL-MART STORES, INC.,                      )
                Defendant.     )
_____)   Case No. 3AN-06-6326 CI

### INITIAL PRETRIAL ORDER

Pursuant to the Uniform Pretrial Order Administrative Order 3AO-03-04, this Court hereby issues the Initial Pretrial Order in this case.

### Routine Pretrial Order

The parties shall discuss among themselves possible trial dates and the expected length of trial. **Within 15 days after distribution of the Initial Pretrial Order, <u>the parties shall jointly submit a list of three trial dates that are each approximately 12 months from the date of the Initial Pretrial Order.</u> The submission to the Court should also state the approximate number of trial days the parties believe will be required.** A Routine Pretrial Order will be issued based on the parties' report in accordance with the Uniform Pretrial Order.

### Initial Disclosures

Unless an earlier date is or has been agreed to by the parties, initial disclosures required under Alaska Civil Rule 26(a)(1) shall be served not later than **30 days** after distribution of the Initial Pretrial Order.

### Alternative Dispute Resolution

Not later than **45 days** after distribution of the Initial Pretrial Order, each attorney will discuss with his or her client(s) the possibility of settling this case (or portions of the case) through mediation, conference, arbitration, or other alternative to litigation. Not later than **60 days** from the date of this order, the parties or their attorneys shall meet to discuss whether some form of alternative dispute resolution can be agreed on. Whenever practical, the parties are encouraged to meet in

Anchorage Initial Pretrial Order
Page No. 1


EXHIBIT _D_
PAGE _1_ OF _2_



person instead of by phone. Within **10 days** of this meeting, the parties shall file a joint report with the Court indicating whether the parties met in person or by phone, whether alternative dispute resolution has been agreed to and if so, the form and timing of the parties intended actions.

4/12/06
Date

Morgan Christen
Superior Court Judge

I certify that on 4/14/06, a copy of the above was mailed to each of the following at their addresses of record:
Josephson; Earnhart

Hilary Williams
Administrative Assistant

Anchorage Initial Pretrial Order
Page No. 2

EXHIBIT D
PAGE 2 OF 2