IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>                     Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>                     Defendant | Case No. 3AN-06-6326 CI<br><br><br><br><br>**NOTICE OF REMOVAL TO**<br>**UNITED STATES DISTRICT COURT** |

TO:        Clerk of Court
             Alaska Court System, Third Judicial District at Anchorage

AND TO:  Joe P. Josephson, Esq.
             JOSEPHSON & ASSOCIATES, P.C.
             912 W. Sixth Avenue
             Anchorage, Alaska 99501

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-06-6326 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc., on April 12, 2006, with the Clerk of the United States District Court for the District of Alaska.

DATED this 13 day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By _____
William A. Earnhart, ASBA 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on April 13, 2006, a copy
of the foregoing was served by mail on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

101655.0265/154622.1

EXHIBIT E
PAGE 1 OF 3

William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:　　　　The United States District Court
　　　　　　For the District of Alaska

AND TO:　　Joe P. Josephson, Esq.
　　　　　　JOSEPHSON & ASSOCIATES, P.C.
　　　　　　912 W. 6th Avenue
　　　　　　Anchorage, AK 99501

　　　　You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART STORES, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Pamela Estes v. Wal-Mart Stores, Inc.*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-6326 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage, and that

EXHIBIT  E
PAGE  2  OF  3

EXHIBIT  A
PAGE  1  OF  2

said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska (Complaint at P. 1); Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about March 22, 2006, and was served on defendant on March 31, 2006.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 13th day of April, 2006.

                LANE POWELL LLC
                Attorneys for Defendant


                By  /s/ William A. Earnhart
                   William A. Earnhart
                   LANE POWELL LLC
                   301 West Northern Lights Boulevard, Ste 301
                   Anchorage, Alaska 99503-2648
                   Telephone:   907-277-9511
                   Facsimile:    907-276-2631
                   E-mail: earnhartw@lanepowell.com
                   ASBA 9411099

I certify that on April 13, 2006, a copy of the foregoing was served by mail on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

/s/ William AA. Earnhart

111655.0265/154620.1

EXHIBIT  E
PAGE  3  OF  3

EXHIBIT  A
PAGE  2  OF  2

Notice of Removal
*Pamela Estes v. Wal-Mart Stores, Inc.*    (Case No. 3:06-cv-_____)    Page 2 of 2

*Sidebar:* LANE POWELL LLC, 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648, Telephone 907.277.9511 Facsimile 907.276.2631