William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>                      Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>                      Defendant. | Case No. 3:06-cv-00082-TMB<br><br><br><br><br><br>**NOTICE OF FILING SERVICE LIST** |

COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of April 14, 2006 [Docket 4], files this Notice of Filing Service List. Counsel for the parties are as follows:

Plaintiff

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. 6th Avenue
Anchorage, AK 99501
Telephone: 907-276-0151
Facsimile:  907-276-0155
E-mail:  jjosephson@aol.com
ASBA No. 6102018

Defendant:

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
E-mail:  earnhartw@lanepowell.com
ASBA No. 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED this 19th day of April, 2006.

        LANE POWELL LLC
        Attorneys for Defendant


By  /s/ William A. Earnhart
    William A. Earnhart
    LANE POWELL LLC
    301 West Northern Lights Blvd., Ste 301
    Anchorage, Alaska 99503-2648
    Telephone:   907-277-9511
    Facsimile:    907-276-2631
    E-mail: earnhartw@lanepowell.com
    ASBA 9411099

I certify that on April 19, 2006, a copy
of the foregoing was served electronically on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

   /s/ William A. Earnhart
111655.0265/154715.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631