William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | Case No. 3:06-cv-00082-TMB<br><br>NOTICE OF COMPLIANCE RE: ORDER TO PETITIONER SUBSEQUENT TO REMOVAL DATED APRIL 14, 2006 [DOCKET NO. 4] |

COMES NOW Defendant, Wal-Mart Stores, Inc., by and through counsel of record, Lane Powell LLC, and provides notice to the court and parties that said defendant has complied with the Court's Order To Petitioner Subsequent To Removal dated April 14, 2006 (Docket No. 4).

The Notice of Filing State Court Record and Notice of Filing Service List were filed April 19, 2006.

DATED this 19th day of April, 2006.

　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　Attorneys for Defendant


　　　　　　　　　　　　　　　　　By  /s/ William A. Earnhart
　　　　　　　　　　　　　　　　　　　William A. Earnhart
　　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　　301 West Northern Lights Blvd., Ste 301
　　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99503-2648
　　　　　　　　　　　　　　　　　　　Telephone: 907-277-9511
　　　　　　　　　　　　　　　　　　　Facsimile: 907-276-2631
　　　　　　　　　　　　　　　　　　　E-mail: earnhartw@lanepowell.com
　　　　　　　　　　　　　　　　　　　ASBA 9411099

I certify that on April 19, 2006, a copy
of the foregoing was served electronically on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

　/s/ William A. Earnhart

111655.0265/154719.1