William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PAMELA ESTES,<br><br>     Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>     Defendant. | Case No. 3:06-cv-00082-TMB<br><br><br><br>**SCHEDULING AND PLANNING<br>CONFERENCE REPORT** |

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on April 28, 2006, and was attended by

  Joe P. Josephson, attorney for plaintiff

  William A. Earnhart, attorney for defendant

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

 ☐ have been exchanged by the parties

 ☒ will be exchanged by the parties by **May 15, 2006**

 Proposed changes to disclosure requirements: _____

 Preliminary witness lists

  ☐ have been exchanged by the parties in their initial disclosures

  ☒ will be exchanged by the parties by **May 15, 2006**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: **liability and damages**

**4.** **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

    A.  Discovery will be needed on the following issues:  **liability and damages**

    B.  All discovery commenced in time to be completed by **January 15, 2007** ("discovery close date").

    C.  Limitations on Discovery.

        1.  Interrogatories.

          ☒ No change from F.R.Civ.P. 33(a)

          ☐ Maximum of _____ by each party to any other party.

          Responses due 30 (33 if mailed) after date of service.

        2.  Requests for Admission.

          ☒ No change from F.R.Civ.P. 36(a)

          ☐ Maximum of _____ requests.

          Responses are due 30 (33 if mailed) after date of service.

        3.  Depositions.

          ☒ No change from F.R.Civ.P. 36(a), (d).

          ☐ Maximum of _____ deposition by each party.

          Depositions are not to exceed _____ hours unless agreed to by all parties.

    D.  Reports from retained experts.

        ☒ Not later than 90 days before close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

        ☐ Reports due: _____

        From plaintiff on _____    From defendant on _____

    E.  Supplementation of disclosures and discovery responses are to be made:

        ☐ Periodically at 60-day intervals from the entry of the scheduling and planning order.

        ☒ As new information is acquired, but not later than 60 days before close of discovery.

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

    F.    A final witness list, disclosing all lay and expert witnesses whom the party may wish to call at trial, will be due:

- ☒ 45 days prior to the close of discovery.
- ☐ Not later than _____.

**5.**   **Pretrial Motions.**

    ☒ No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak LR 16.1(c) [Check and complete all that apply]

- ☐ Motions to amend the pleadings or add parties to be filed not later than _____.
- ☐ Motions under the discovery rules must be filed not later than _____
- ☐ Motions *in limine* and dispositive motions must be filed not later than _____

**6.**   **Other Provisions.**

    A.  ☒ The parties do not request a conference with the court before entry of the scheduling order.

        ☐ The parties request a scheduling conference with the court on the following issue(s): _____

    B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

        ☒ This matter is not considered a candidate for court-annexed alternative dispute resolution.

        ☐ The parties will file a request for alternative dispute resolution not later than _____

        ☐ Mediation     ☐ Early Neutral Evaluation

    C.  The parties ☐ do ☒ do not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

        ☒ All parties have complied     ☐ Compliance not required by any party

**7.**   **Trial.**

    A.  This matter will be ready for trial: by:

- ☒ 45 days after the discovery close date.
- ☐ not later than _____

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

B.  The matter is expected to take __4__ days to try.

C.  Jury demanded   ☒ Yes   ☐ No

Right to jury trial disputed?   ☐ Yes   ☒ No

          JOSEPHSON & ASSOCIATES, P.C.
Attorneys for Plaintiff

By /s/ Joe P. Josephson (Consent)
   Joe P. Josephson
   912 W. 6th Avenue
   Anchorage, AK 99501
   Telephone:  907-276-0151
   Facsimile:  907-276-0155
   E-mail:  jjosephson@aol.com
   ASBA No. 6102018

May 1, 2006
Date

LANE POWELL LLC
Attorneys for Defendant

By  /s/ William A. Earnhart
   William A. Earnhart
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, AK 99503-2648
   Telephone 907-277-9511
   Facsimile 907-276-2631
   E-mail:  earnhartw@lanepowell.com
   ASBA No.9411099

May 1, 2006
Date

I certify that on May 1, 2006, a copy
of the foregoing was served by mail on:

Joe P. Josephson, Esq.
JOSEPHSON & ASSOCIATES, P.C.
912 W. Sixth Avenue
Anchorage, AK 99501

/s/ William A. Earnhart

111655.0265/154720.1

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511   Facsimile  907.276.2631