William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PAMELA ESTES                           )
                                       )
            Plaintiffs,                )
                                       )
    v.                                 )
                                       )
WAL-MART STORES, INC.,                 )
                                       )
            Defendant.                 ) Case 3:06-cv-00082-TMB
                                       )

**NOTICE OF CHANGE OF ADDRESS**

William A. Earnhart, counsel for defendant WAL-MART STORES, INC., hereby serves notice of his change of address to the following firm:

>William A. Earnhart
>RICHMOND & QUINN
>360 "K" Street, Suite 200
>Anchorage, Alaska 99501
>Telephone:  (907) 276-5727
>Facsimile:  (907) 276-2953
>wearnhart@richmondquinn.com

DATED this 5th day of June, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By:   s/ William A. Earnhart
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 5th day of June, 2006 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501

   /s/ William A. Earnhart
   RICHMOND & QUINN

2245\002\PLD\ADDRESS CHANGE

**NOTICE OF CHANGE OF ADDRESS**
ESTES v. WAL-MART STORES, CASE NO. 3:06-CV-00082-TMB
PAGE 2 OF 2