William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA ESTES )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br><br>Case 3:06-cv-00082-TMB |

**CERTIFICATE OF READINESS**

Counsel in the above-captioned matter have conferred, agree, and hereby report to the court that this matter is ready for trial. Discovery is complete; there are no outstanding procedural or legal issues which are appropriate for resolution by motion, and settlement has been explored and deemed remote.

Counsel propose the following three dates for trial: May 9, 2007, May 30, 2007, or July 18, 2007.

DATED this 6th day of March, 2007, at Anchorage, Alaska.

                RICHMOND & QUINN
                Attorneys for Defendant

        By:    s/ William A. Earnhart
                RICHMOND & QUINN, PC
                360 "K" Street, Suite 200
                Anchorage, Alaska 99501
                Ph:  (907) 276-5727
                Fax: (907) 276-2953
                wearnhart@richmondquinn.com
                Alaska Bar No. 9411099

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 6th day of March, 2007 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501


    /s/ William A. Earnhart
    RICHMOND & QUINN

2245\002\PLD\CERT OF READINESS

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953