What's on your list today? You'll find it at

# FredMeyer

FRED MEYER STORES · P.O. Box 42121 · Portland, OR 97242-0121 · 3800 SE 22nd Ave. · Portland, OR 97202-2918 · 503 232-8844 · http://www.fredmeyer.com

January 9, 2004

Sent REGULAR MAIL and CERTIFIED
Receipt #: 7003 1010 0005 0344 5988

Pam Estes
PO Box 240473
Anchorage, Alaska 99524

Ref: Claim # 200223052

Subject: Completion of Temporary Modified Duty Assignment

Dear Pam:

Our records indicate that you will be completing 90 days of temporary modified work. Therefore, in accordance with company policy, your temporary assignment will conclude on January 10, 2004.

If, at that time, you are unable to return fully to your regular position due to restrictions placed on you by your attending physician, you will then be eligible to receive temporary total disability (time loss) payments to which you are entitled by state law. These payments will continue until your physician does fully release you to return to your regular job, or the company again offers you another suitable temporary assignment that your physician has approved. Please remember that you are responsible for promptly informing your manager of any change your doctor makes to your work restrictions on a temporary or permanent basis.

We are pleased to have provided you the opportunity to continue working for the company through the performance of modified duty. While the majority of injured employees return fully to their regular jobs within 90 days, we realize that some individuals necessarily need more time to heal or to complete complex therapy. The fact that an employee is placed back on temporary total disability or begins working temporary light duty following the completion of this modified duty assignment is not in any way meant to reflect upon an employee's performance.

If you feel that your condition has improved to the point that you should be able to return fully to your regular job when your temporary modified duty ends, I urge that you discuss this with your attending physician at your earliest convenience. Again, it is your responsibility to notify your manager of a full release or any permanent work restrictions provided to you by your doctor.

Should you have questions concerning Fred Meyer's return-to-work program, please call me at the Main Office at 1-800-352-4210, ext. 5409.

Sincerely,

COPY

Debbie Newstrand
Return-to-Work Manager

cc: Fred Meyer Claims / Store File

---

"Always strive to offer Customers the service, selection, quality and price that satisfies them best." Fred G. Meyer, Founder, 1886-1978

Estes v. Wal-Mart
DEF 111639

Exhibit B
Page 1 of 1 Pages