**Providence | Health System**            `Back`  `Patient List`  `Log Off`

MRN: 234462   AGE: 50   Patient: ESTES, PAMELA R

## Documents

**PAMC OPERATIVE PROC NOTE:**   Admit Date - 05/24/2004   Document # **1507124**

PROCEDURE DATE: 05/24/2004

PREOPERATIVE DIAGNOSES:
1.   Degenerative disk disease, L5-S1.
2.   Low back pain.

POSTOPERATIVE DIAGNOSES:
1.   Degenerative disk disease, L5-S1.
2.   Low back pain.

PROCEDURE:
1.   Anterior diskectomy, L5-S1.
2.   Anterior interbody fusion, L5-S1.
3.   Anterior plating, L5-S1.
4.   Anterior interbody cage placement at L5-S1.

SURGEON:  James Eule, MD

APPROACH SURGEON:  James E. Omalley, MD

ASSISTANT:  James B. Bliven, PA

ESTIMATED BLOOD LOSS:  200 mL.                    **DEF 10392**
                                                  **Estes adv. Wal-Mart**
FLUIDS:  2200 crystalloid.

COMPLICATIONS:  None.

COMPONENTS:  There was a 14-mm allograft cage placed, and there was a
medium pyramid plate from Medtronic Sofamor Danek with one 30-mm screw and
two 25-mm screws.

HISTORY:  The patient is a 30-year-old female who has had longstanding back
pain.  She has undergone extensive conservative treatment including
therapies, injections, and an IDET procedure.  She did get some good relief
from some pain from her L4-5 level, which was also degenerative and painful
on an initial diskogram.  A repeat diskogram after IDET procedure showed
that she no longer had pain at the L4-5 level but continued to have
significant pain at the L5-S1 level.  She was counseled as to the risks and
benefits of operative and nonoperative intervention.  She understood these
risks and benefits and desired the procedure done.

PROCEDURE NOTE:  The patient was taken to the operating room and given a
general endotracheal anesthetic.  A _____ was placed underneath her
pelvis to extend her back and then her lower abdominal area was shaved and

Exhibit_____ C

Page____ 1 of 2 ____ Pages

prepped in the usual fashion with Betadine solution.  Dr. James Omalley was
present for the anterior approach using her old Pfannenstiel incision and
excising out the old scar.  The details of this procedure are outlined in
his operative report.  Once, the L5-S1 interspace was exposed, a needle was
placed, and a cross-table lateral x-ray was obtained to confirm more
appropriate position.  Then, the annulus was incised with the #15 blade and
was dissected back and retracted out the way using silk sutures.  This
helped to protect soft tissue and kept the vasculature from slipping back
into the surgical field under the retractors.  Using a Walley Cobb, the
endplate and disk was elevated up off the L5-S1 interspace and then removed
with pituitaries.  Curettes were used to curet any remaining cartilaginous
endplate off of the vertebral endplate all the way down to bare bone.
Different sizers were used to help open up the disk space and elevated up
and distracted to a size of a 14-mm anterior bone cage.  Once that was
performed, the endplate was decorticated with a small-angled curette and
small plug holes were placed through the endplate to give a good bleeding
bed for the bone to fuse.  A 14-mm bone cage was selected and packed with
InFUSE collagen sponge.  Using the cage introducer, the cage was slid down
into the interspace to the appropriate depth.  An angle probe was used to
probe to make sure that the cage was not in too deep and that there was
still a small amount of space posterior to the cage itself.  The pyramid
plate sizer was then placed in a medium size.  Pyramid plate was selected.
The awl was then used to first start a hole into the L5 vertebral body at
the appropriate angle and the 30-mm screw was placed.  Then, 2 screws were
placed in the similar fashion in the S1 level, and a cross-table lateral
x-ray was obtained to confirm proper position of the cage and the plate and
screws.  The remaining InFUSE collagen sponge was placed down into the
lateral disk space through the cage.  The remaining annulus that had been
dissected _____ was sutured over the top of the plate and cage pulled
in the remaining collagen sponge.  The wound was then irrigated out, and
the peritoneum was then closed over the cage and plate by Dr. Omalley.  The
closure was completed by Dr. Omalley as dictated in his operative report.
The wound was dressed with Mastisol, Steri-Strips, 4 x 4s, and Coverall.
The patient was awakened in the operating room and taken to the
postanesthesia care unit in good condition.

DISPOSITION:  The patient admitted to the hospital for pain control and
therapy.

DEF 10393
Estes adv. Wal-Mart

James Eule, MD

cc:    James Eule, MD

Exhibit   C
Page   2 of 2   Pages

P. 004/012    ORTHOPEDIC PHYSICIANS ANCHORAGE  (FAX)9075683460    AUG-18-2004(WED) 08:47