## ORTHOPEDIC PHYSICIANS ANCHORAGE

ESTES, PAMELA
#49171
10/21/04 Postop

**CHIEF COMPLAINT:**
The patient comes in today for follow up on her anterior spinal fusion at L5-S1 performed on May 24, 2004.

She is actually doing quite well since the last time I saw her. She said she has bathed herself a lot more and has not done too much. She is not having a lot of problems.

**PHYSICAL EXAMINATION:**
Her examination is unremarkable.

**X-RAYS:**
AP and lateral x-rays were obtained today which show that there is some concern for possible lucency around her screws. It does not appear that anything has gotten worse and, in fact, it looks like she is probably fairly solid at this point.

**DIAGNOSIS:**
Healing L5-S1 anterior spinal fusion.

**CONCLUSION:**
We will get her into some physical therapy and try to get her in for about 8-12 weeks on a return to work program to get her at maximum medical benefit and have a functional capacity exam and rating in about three months.

James M. Eule, M.D./kc

Estes v. Wal-Mart
DEF 14532

Exhibit D
Page 1 of 3




Valerie Phelps, MOMT    Deb Benson MEd, PT, COMT    Gail Apte PT, MS, COMT
Chad Ross DPT, CSCS    Patty Nelson PT, OCS, COMT    Marty Vicars, PT    Zuzana Rogers, PT

# advanced physical therapy of alaska
### a physical therapist owned practice

| | | |
|---|---|---|
| 1917 Abbott, Suite 200 | 3035 E. Palmer-Wasilla Hwy, Suite 401 | Gaffney Rd., Suite 300 |
| Anchorage, AK 99507 | Wasilla, AK 99654 | Fairbanks, AK 99701 |
| Phone: (907) 279-4266 | (907) 232-4260 | (907) 374-0992 |
| Fax: (907) 279-4272 | (907) 376-8584 | (907) 374-0986 |
| 1-800-641-6940 | | |

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

---

**Date:** 11/10/04
**Patient:** Pamela Estes
**DOB:** 4/24/04
**Physician:** James M Eule, MD

**DX:**   S/P fusion L5-S1

# EVALUATION

**SUBJECTIVE.** Pamela presents to PT S/P lumbar fusion performed on 5/24/04. She has a long term history of low back pain related to an injury on 3/1/01. She states that she was push/pulling a pallet of freight and experienced a sudden pop and onset of pain in her low back. She then "lived with it for 18 months" and continued to work. Other previous treatment for her low back pain include; chiropractic treatment, steroid injection, and an IDET procedure performed on L4-5.

Past medical history also significant for 2 prior C-sections, Hoshimoto disease, and patient has experienced onset of depression related to her current physical status and also gaining 30 pounds body weight.. The patient is also currently going through diagnostic testing for precancerous cells of the breast. She states that she has had previous thyroid complications and also is being treated for nodules in her anterior neck region.

**OBJECTIVE.** Pain profile – 0-5/10 level pain in the central lumbosacral spine, intermittent pain up into the upper-mid thoracic and shoulder blades, and occasional pain down the posteriolateral buttock and thigh extending down to the lateral calf and 3-5 toes.

Physical limits – Sitting 30 minutes, walking 60 minutes, patient waking every 3-4 hours at night, and she continues to perform light household chores.

Active ROM – forward flexion provoked minimal pain, extension 20% limited and provoked moderate pain, left sidebend provoked moderate pain, and right sidebend provoked minimal pain.

Heal and toe walking limited by low back pain. Soft touch sensation and lower extremity DTR remain intact. Patient demonstrates poor trunk control, and impaired pelvic floor and transverse abdominis activation.

**ASSESSMENT.** The patient presents 5 ½ month S/P lumbar fusion. The patient's main limitations are impaired walking, sitting, and standing tolerance. She also has impaired trunk control and endurance which is most likely due to her prior C-sections, muscle changes noted with chronic low back pain, and

DEF 10684
Estes v. Wal-Mart
Exhibit D
Page 2 of 3 Pages

relative reconditioning S/P surgery. She would benefit from Physical Therapy to improve her strength, endurance, trunk stabilization, and her functional status.

**PLAN**. PT 3/week for 6-8 weeks focusing on therapeutic exercise and home program as outlined above. We will also incorporate a pool program into her rehabilitation process.

If you have any questions concerning my impressions, please don't hesitate to contact me.

*Chad Ross DPT, CSCS*

DEF 10685
Estes v. Wal-Mart

Exhibit D
Page 3 of 3 Pages