**Follow-up visit:** Date: 11/18/04

Name: Pamela Estes   DOB: 4/24/54

Are you taking *other* medications or herbal preparations? Yes [ ]  No [ ]   [ ] Prescribed [ ] OTC
If yes, list: _____

**Signs and Symptoms and problems:** _____

Weight: 141.8 +6 (20). BMI: 25. % Body fat: 38.0. BP: 114/74. Pulse: 64.
Vitamins: ✓. 1000mg Ca⁺⁺: ✓. Water: ___. Next Labs: ___
Ketones: NA Other: _____ Hungry: Yes ✓ No [ ]
Nutrition: food diary [ ]. 1200
Exercise: activity diary [ ]. minimal — PT w/ add aqua
Medications: phentermine PRN (hold)
Behavior: has lost it all — to stress.

**Comments/Plan:**
pt getting back on track
has been on weight gain meds
can do
was tryg in bed & fail had surgery
healing
Stress & mild depression
dis cussed: sny had to break.

Next visit: _____   [signature] _____ MD/ANP
Follow-up 1/22/2004

Estes v. Wal-Mart
**DEF 14965**
Exhibit E
Page 1 of 1 Pages