


Valerie Phelps PT, MOMT    Deb Benson MEd, PT, COMT    Gail Apte PT, OCS, COMT
Chad Ross DPT, CSCS    Patty Nelson PT, OCS, COMT    Marty Vicars, PT    Zuzana Rogers, PT

## advanced physical therapy of alaska
a physical therapist owned practice

1917 Abbott, Suite 200  
Anchorage, AK 99507  
Phone: **(907) 279-4266**  
Fax:   (907) 279-4272  
1-800-641-6940

3035 E. Palmer-Wasilla Hwy, Suite 401  
Wasilla, AK 99654  
**(907) 232-4260**  
(907) 376-8584

Gaffney Rd., Suite 300  
Fairbanks, AK 99701  
**(907) 374-0992**  
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

**Date:** 12/16/04  
**Patient:** Pamela Estes  
**DOB:** 4/24/04  
**Physician:** James M Eule, MD  

**DX:**   S/P fusion L5-S1

# UPDATE

**SUBJECTIVE.** Pamela had been progressing very well including decreased pain, improved trunk stabilization, and improved functional status, although she fell on 11/26/04 and has had increased pain since that time. The patient's current symptoms include pinpoint left PSIS pain and also left > right pain that expands the Lumbosacral region

**OBJECTIVE.** Patient has increased pain with movements in all direction especially flexion, and left SB. She is guarded and antalgic with ambulation and with functional mobility.

Lower extremity neurological screen negative. The patient did have left side positive Slump test for reproduction of Left low back pain. Pelvis positioning asymmetrical, left side appears nutated.

**ASSESSMENT.** Patient appears to have an acute sprain most likely above the surgical sight plus muscle spasm and guarding that has altered her SI joint positioning. Would like to continue to treat this patient, respecting her acute symptomotology.

**PLAN.** Continued PT 2x/week for 4-6 weeks to treat her acute symptoms and progress back to a functional therapeutic and home exercise program.

If you have any questions concerning my impressions, please don't hesitate to contact me.

*Chad Ross DPT, CSCS*

DEF 10679  
Estes v. Wal-Mart

Z:\patient notes\Pamela Estes - progress note.doc

Exhibit __F__  
Page __1__ of __1__ Pages