### *ORTHOPEDIC PHYSICIANS ANCHORAGE*

ESTES, PAMELA
#49171
12/21/04  Returning Patient

CHIEF COMPLAINT:
The patient is here for low back and left leg pain.

The patient underwent fusion at L4-L5 and L5-S1 in May 2004. She has not been back to work. She just started physical therapy. She has been weaning herself down off narcotic analgesics. Apparently on November 26, she was shopping at Wal-Mart and slipped on a piece of plastic flooring. She experienced a zinging-type pain down her right leg that went away. The next day or two, she started to experience pain in the left low back, buttock, and down in the left leg. She has been hobbling around since that time. She has been continuing her exercises at physical therapy. She was just going to start the more strengthening portion of the program. She is attended today in the office by her nurse case manager.

PHYSICAL EXAMINATION:
The patient is not fully weightbearing on the left leg. Neurologically she appears to be intact. Straight leg raising is negative, left and right. Hip exam is unremarkable. Palpation over the incision site is unremarkable. There is palpatory pain and discomfort at the paraspinals to the thoracolumbar region, more on the left than the right. Slight unilateral curve convexity, right, noted. Her reflexes remain unchanged.

X-RAYS:
On x-ray of the lumbosacral spine, it looks like the fusion is solid compared to the last film taken in October. These films were reviewed with Dr. Eule.

DIAGNOSIS:
1.    Acute low back pain, lumbosacral strain.
2.    Muscle spasm, left leg pain.

CONCLUSION:
I think the patient's slip and fall that occurred at Wal-Mart is a new unrelated injury to her fusion. I do not think her fusion has been exacerbated. This is not a part of the original picture. I recommend Medrol Dosepak; a little bit more of her pain medication, but she is to use that only sparingly; and Flexeril 10 mg at bedtime to calm things down. She will be off physical therapy for a week and then get back with some stretching and strengthening exercises. I will re-evaluate this issue in two weeks. Dr. Eule will see her regarding her fusion sometime in mid January.

Cindy M. Lee, DO/ss

DEF 14207
Estes v. Wal-Mart

Exhibit____9____
Page____1____of__1__ Pages