**Follow-up visit:**    Date: 1/19/05

Name: Pamela Estes                                                    DOB: 4/24/54

Are you taking *other* medications or herbal preparations? Yes [ ], No [ ]     [ ] Prescribed [ ] OTC
If yes, list: _____

Signs and Symptoms and problems: _____

Weight: 136.4 . +☺ 0.0 . BMI: 27.5 . % Body fat: 35.5 . BP: 104/64 . Pulse: 80 .
Vitamins: ✓ . 1000mg Ca⁺⁺: ✓ . Water: ✓ . Next Labs: _____
Ketones: _____ . Other: _____ . Hungry: Yes [ ] No [ ]
Nutrition: food diary ⊖ _____
Exercise: activity diary ⊘ _____
Medications: ⌀
Behavior: START COUNSELING - talk through stresses and problem solve letting go, accepting change

| Comments/Plan: |
| --- |
| ⊘ sleep × 3 days |
| ⊘ motivation to do PT, nutrition, necessary |
|    work to move on from job |
| Expresses grief and anxiety - tearful "whenever |
|    I breath" re: job loss |
|        imp. family member's death (within last |
|        24 hours) |
|        husband's surgery |
|        back injury |
| Discuss cortisol, stress effects on body |
| Acknowledges that she keeps all emotions inside |
| afraid of losing control. Feels Helpless. Needs prof. help. |

Next visit: 1 wk . _____ MD/ANP
Follow-up 1/22/2004

Estes v. Wal-Mart
**DEF 14969**

Exhibit H