# CorVel

## PROGRESS REPORT #11

| | |
|---|---|
| Claimant Name: | Pamela Estes |
| Date of Injury: | 3/01/01 |
| Referral Date: | 01/16/04 |
| Employer: | Fred Meyers |
| Adjuster: | Angela White |
| Claim No: | 200223052 |
| CorVel No: | 08002108-1 |
| Date of Report: | 1/20/05 |

Pamela Estes is a 49-year old employed by Fred Meyers as the manager of the nutrition department. According to the client during the initial interview on 1/28/04, she was required to unload and move large amounts of stock. Case manager noted from the employer claims summary, "Ms. Estes injured her back but did not complete workers' compensation paperwork for over one year. When she realized that her back would not get better on it's own, she filed the paperwork and sought treatment."

## MEDICAL HISTORY

Per review of medical records it was noted that on 6/21/01, Dr. Susan Klimow of Rehabilitation Medicine Associates, evaluated the client for low back pain. Dr. Klimow stated in her visit note that the client claimed numbness in her right toes for two days. Client apparently denied history of low back pain except sciatica in the left leg, which resolved after seeing a chiropractor. Client described the pain as aching, sharp, and burning and claimed that lying down made it worse. Client rated the pain at a level 6/10. Dr. Klimow's Impression stated, "Low back strain, Poss. Discogenic pain, change in skin sensation." Celebrex 200mg QD and physical therapy were prescribed. A MRI performed on 6/22/01; MRI Lumbar spine revealed:

- Marked disc space narrowing with chronic end plate changes at L5-S1.
- Diffuse annular bulging at L5-S1 with disc material more prominently bulging into the left L5-S1 neural foramen. No mass effect on the left L5 nerve root is defined.
- Disc material projecting into the left neural foramen at L4-5. Again, no definite mass effect on the exiting left L4 nerve root is defined.
- The facets are unremarkable and there is no significant central spinal stenosis.

On 7/13/01 and 9/25/01 Dr. Levine performed a right L5 transforaminal selective as well as a caudal epidural with a 30% reduction in the client's pain after the second injection. The client was released to work on 8/08/01 for 32-40 hours per week with restrictions. On 10/09/01 the client stated that she was unable to complete physical therapy as she was working full time. Another physical therapy referral was initiated. Dr. Levine performed a left approach provocative discography at the L3-4, L4-5, and L5-S1 levels on 11/16/01. An epidural steroid injection was performed. The discography revealed:

- Abnormal provocative discography.
- Normal provocative discography, discogram, and discometrics at the L3-4 level.
- Normal provocative discography, discometrics, and discogram at the L4-5 level with the exception of very slight posterior extravasation of material, but this was minimal and seemed to track along the needle entry site.
- Significant L5-S1 degeneration with significant loss of disc space height and reproduction of her pain consistent with an L5-S1 pain generator site, but given the significant loss of disc height, I do not believe she is a candidate for IDET procedures at this level. We will need to consider other options for care.

CorVel Corporation
www.corvel.com

1835 South Bragaw Street
Suite 525
Anchorage, AK 99508

907.274.2785 phone
907.274.7583 fax

Estes v. Wal-Mart
DEF 111760

Exhibit I
Page 1 of 5 Pages

|  |  |
|---|---|
| CORVEL | Client: Pamela Estes<br>Claim No.: 200223052<br>CorVel No.: 08002108-1<br>Page No.: 2 |

Dr. Levine performed a Medial Branch Block L5 right, S1 right, L5 left, S1 left on 7/12/02, which provided **significant improvement and sleeping better**. Dr. Levine wrote that client was a good candidate for radiofrequency when her pain returns as client has significant degenerative disease and may be a candidate for nucleoplasty.

On 8/16/02 Dr. Baker performed an IME and his impression was lumbosacral strain, occurring around 3/01/01, continued low back pain and left buttock area pains, Degenerative Disc Disease L4-5 and L5-S1, with the latter level the more significant, and history of herpes zoster, left forehead area on 8/01.

Dr. Levine performed a **Radio Frequency Medial Branch Block L5 S1 bilaterally on 8/20/02**. Dr. Levine stated that client could return to work 8/26/02. On a follow-up visit on 9/05/02, Dr. Levine found that there was an overall improvement though client continued to experience some low back pain. On 9/24/02 x-ray lumbar spine revealed Degenerative Disc Disease with osteoarthritic spurring at L5-S1.

The client was again evaluated by Dr. Gevaert on 9/25/02. Dr. Gevaert reviewed x-rays of lumbar spine in flexion and extension position and noted significant L5-S1 Degenerative Disc Disease. **Client was removed from work on 10/16/02** by Dr. Gevaert due to an increase in her low back pain. Another MRI was performed on 11/13/02 and revealed disc degeneration at multiple levels. It was most marked at L5. On 12/10/02 a CT of the Lumbar Spine and a two-level discogram was performed and revealed evidence of contrast material extravasating from both discs into the left sided neural foramen at their respective levels. However no soft tissue mass effect upon the exiting intracanalicular left L3-L4 nerve roots was defined. Note also is made of chronic degenerative changes at the L5-S1 level. These included marginal osteophytes which projected into the nerual foramen bilaterally; these osteophytes result in mild foraminal stenosis. No significant mass effect upon the exiting intracanalicular nerve roots was defined. An **IDET was performed on 1/23/03** by Dr. Gevaert at level L4-L5 left. The client continued to receive physical therapy. During a post IDET evaluation on 3/13/03, Dr. Gavaert noted a continued improvement of symptoms with no radiating pain. Pain level at 3/10. Dr. Gevaert instructed client to continue physical therapy. During a meeting on 1/28/04, client indicated that she experienced a 50% reduction in her pain since the IDET procedure but continued to have pain in the lower back. A discography was performed on 2/05/04.

Dr. Eule performed an anterior **fusion of the L5-S1 level on 5/24/04**. Client experienced complication of a bowel obstruction. On 6/17/04, during initial post-operative visit with general surgeon, Dr. O'Malley explained "This happens in about 10% of the cases. A loop of bowel is trapped and causes an obstruction and has to be released." The client was evaluated by Dr. Sweeney and a colonoscopy was performed on 9/15/04 without significant findings.

On 8/12/04 Dr. Eule viewed the x-rays and stated that the bones had not fused as much as he had hoped. Dr. Eule discussed client's activities and encouraged client to "take it easy" and make certain that she was not moving "too much." Client stated that pain with bowel movements had continued though had improved a very small amount. During appointment on 10/21/04, **Dr. Eule reviewed the x-rays with this case manager and the client. The films showed increased healing and fusion. Dr. Eule stated the client was ready for physical therapy and increased physical activity.**
The client was evaluated by Dr. Lee on 12/21/04, complaining of increased pain after an alleged fall at Walmart the day after Thanksgiving. The client told Dr. Lee that her low back was sore all the time, "like a toothache." The client reported an increase in headaches on the left side of her head since the fall. Prior to the fall at Walmart, the client claimed that she was taking one half of a Percocet a day. Client stated

| | CORVEL | Client: | Pamela Estes |
|---|---|---|---|
| | | Claim No.: | 200223052 |
| | | CorVel No.: | 08002108-1 |
| | | Page No.: | 3 |

that currently she is taking one half a tablet three to four times a day. Dr. Lee performed a physical examination and ordered spine x-rays. Dr. Lee reviewed the spine x-rays with Dr. Eule. **Dr. Eule felt the fusion was solid. Dr. Lee stated that the x-ray films clearly showed a deviation of the spine that was due to muscle spasm. Dr. Lee stated she believed the client had "facet syndrome" as a result of the fall at Walmart.**

**CURRENT MEDICAL CONDITION**

Received call from client on 1/20/05. Client sounded tired. Client admitted to being depressed and stated that she had a difficult week. Client stated that her husband had surgery and a person who had been "like a mother" to her had died. Client stated that she was not eating right and her bowel movements were hurting. Client stated that she couldn't sleep and she "just hurt everywhere." Discussed concerns about the depression/pain cycle and encouraged client to contact doctor and consider an antidepressant. Client stated that she just could not face going to another physician. Client stated that she just wanted to go back to work.

Current medications:

Percocet
Phenergan
Ambien

Treating Physician(s):

Dr. Levine
Dr. Gevaert
Dr. Eule
Dr. O'Malley
Dr. Wrigley
Dr. Sweeney

Scheduled Appointments/Procedures:

8/20/02, Radio Frequency Medial Branch Block L5-S1 bilaterally, Dr. Levine
1/23/03, IDET at level L4-L5 left, Dr. Gevaert
5/24/04, Anterior fusion L5-S1, Dr. Eule
9/15/04, Colonoscopy, Dr. Sweeney
3/17/05, Dr. Eule

**WORK STATUS/RESTRICTIONS**

At appointment on 1/11/05, Dr. Eule stated that due to the lifting requirements, the client would not be able to return to previous job but wrote that if requirements could be changed to "lifting 50 pounds maximum on rare occasions and 10-20 pounds occasionally", client could meet the requirements of the position. Client is not working at this time.

Estes v. Wal-Mart
DEF 111762

Exhibit I
Page 3 of 5 Pages

| | | |
|---|---|---|
| CORVEL | Client:<br>Claim No.:<br>CorVel No.:<br>Page No.: | Pamela Estes<br>200223052<br>08002108-1<br>4 |

## SUMMARY OF EFFORTS

1/04/05 Contacted client for an update of condition. Client stated that she was "miserable." Client stated that she did not take the Medrol dose pack until after Christmas and it had interrupted her sleep. Client indicated that she did not feel "on track." Client stated that the hip pain was better than it was but she continued to have backache from under the shoulder blade down to buttock. Client stated that she also had pain in the third toe. Client stated that she was not in physical therapy per physician instructions but had been unable to rest or sleep. Client stated that Ambien did not help. Client stated that her bowels were the same and admitted to pain with defecation. Informed client that she had appointment with Drs. Lee and Eule on 1/11/05 and encouraged her to contact them to see if she was to attend both. Client agreed. Requested that client contact case manager on Friday for an update.

1/07/05 Contacted adjuster and discussed file direction. Adjuster stated that client had been upset due to insurance being cancelled. Discussed letter to Dr. Eule, vocational rehab and possible PCE.

Contacted client to obtain an update in condition. Client expressed frustration with the feeling that she was not making progress. Client expressed feelings of depression. Allowed client to talk about situations that were currently happening. Suggested that client might want to consider counseling. Client talked about insurance issues. Client stated that she would obtain general health insurance coverage through her husband's insurance at this time. Client stated that her appointment with Dr. Eule was scheduled on 1/11/05.

1/11/05 Contacted Dr. Eule's office and confirmed appointment this day.

Contacted client and message left to confirm attendance at appointment this day.

Case manager met with client prior to, during and after appointment with Dr. Eule. Observed client ambulate without signs of difficulty or pain. Noted that client stood and sat slowly and carefully. Client stated, "I am so tired." Client stated that her pain was located around the entire hip girdle area. Client stated that her pain medication had been changed to Vicodin and it caused nausea even with the Phenergan. Client stated that she had not take pain medication for two days because of this. Client claimed that she was not comfortable lying down in any position. Client stated that she did not feel that she was having muscles spasms but could feel a catching in her back when she brought her legs up when lying down. Client stated that she did not have this before. Client stated that standing in the shower helped provide relief. Client stated that she had not re-started physical therapy but walked almost every day. Dr. Eule reviewed previous x-rays and noted the curvature and twisting of the spine, which Dr. Eule felt, was due to spasm. Dr. Eule did not address "facet syndrome." Dr. Eule interviewed the client and stated that she should continue physical therapy and begin seeing rehabilitation physicians again if she was comfortable with them. Dr. Eule stated that he would provide a prescription for the Percocet. Dr. Eule stated that he could not state that the client was medically stable due to the setback caused by the fall. Dr. Eule stated that a PCE would be done when the client reached medical stability. Case manager provided letter to Dr. Eule regarding client's ability to return to job at the time of injury. Job description provided. (Please see job status section for more information.)

1/12/05 Memo sent to adjuster with the signed letter from Dr. Eule.

Memo sent to adjuster with a detailed update of appointment with Dr. Eule.

Estes v. Wal-Mart
DEF 111763

Exhibit F
Page 4 of 5 Pages

| | |
|---|---|
| CORVEL | Client: Pamela Estes |
| | Claim No.: 200223052 |
| | CorVel No.: 08002108-1 |
| | Page No.: 5 |

1/19/05 Contacted client for an update and message was left.

Contacted adjuster and discussed client condition and file direction.

Received call from adjuster. Adjuster stated that client had just contacted her from the hospital as her husband was having scheduled surgery. Adjuster stated that client was upset due to circumstances and the death of a friend. Discussed concerns.

1/20/05 Contacted client for an update in condition. Spoke with client's husband and left a message requesting client to call.

Received call from client in response to message left. Client admitted that being terminated and losing everything that she had worked for was extremely difficult for her to take. Expressed concerns regarding ongoing depression. Client assured case manager that she would not hurt herself. Informed client that depression was very serious and could get worse and encouraged client to contact case manager at home if this situation became worse. Client agreed. Discussed goal of getting back into physical therapy and eventual PCE, which would enable the client to work toward getting back to work. Client agreed and stated that she had appointment on 1/25/05 next week. (Please see current medical condition section for more information.)

**RECOMMENDATIONS**

- Case manager will attend appointment with Dr. Eule on 3/17/05. Case manager will address medical stability, possible PCE, referral for PPI rating and activity restrictions. Outcome of appointments will be communicated to the adjuster in a timely manner.

- Maintain contact with the client, her medical providers, and the adjuster as indicated to ensure all information is relayed in a timely fashion and ensure progression continues towards medical stability. File direction will be coordinated with the claims adjuster in order to assist with the expediting of claims resolution and cost containment in a timely manner.

Respectfully submitted,

*Beverly Miles (JW)*
Beverly Miles, RN
Medical Case Manager

cc: Fred Meyer/Kroger Co.
     Miles
     File