May 25, 2005

Pamela Estes
PO Box 240473
Anchorage, AK 99524

Claim No:   200223052
Date / Inj:  3-1-01
Employer:  Fred Meyer, Inc.

Dear Pam:

Per your request, please find enclosed a list of the payments that have been made on your claim from November 26, 2004 to date.

Regarding the termination of your employment, I do not have any type of documentation or policy that states you would have continued your employment with Fred Meyer beyond January had you not fallen at Wal-Mart. Technically, a termination should have happened August 21, 2003 which was one year since you stopped working regular duties. The Fred Meyer policy states your position will be held for one year after your injury and if you are unable to return to your job at injury, you will be terminated. Although you did return to work on modified duty since you first started missing time, it was beyond the one year time limit.

I am not sure if any of this will help or not, but let me know if you have any additional questions.

Sincerely,


Angela White
Claims Administrator
(907) 689-4035
(888) 267-6735 toll free

**Fred Meyer Claims**
**13401 Old Glenn Hwy.**
**Eagle River, AK 99577**

Estes v. Wal-Mart
DEF 111686

Exhibit _K_
Page _1_ of _1_ Pages