William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Attorneys Wal-Mart Stores, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| PAMELA ESTES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) Case 3:06-cv-00082-TMB |
| | ) |

### PROPOSED ORDER

This court, having considered defendant's Motion In Limine Re Plaintiff's Wage Loss, finds that plaintiff cannot present competent evidence that the end of her employment at Fred Meyer was due to the accident which is the subject of the lawsuit.  For that reason, she will not present evidence or argument that she is entitled to past or future wage loss.


Dated: _____        _____
                                   Timothy M. Burgess
                                   U.S. District Court Judge

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 25th day of April, 2007 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501


_____/s/ William A. Earnhart_____
        RICHMOND & QUINN


2245\002\PLD\PROPOSED ORDER

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

PROPOSED ORDER
ESTES v. WAL-MART STORES, CASE NO. 3:06-CV-00082-TMB
PAGE 2 OF 2