UNITED STATES DISTRICT COURT
District of Alaska
Exhibit List

Pamela Estes v. Wal-Mart Stores, Inc.

Case No. 3:06-cv-00082 TMB

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Joe P. Josephson | Defendant's Attorney William A. Earnhart |
| --- | --- | --- |
| Trial Date(s) | Court Reporter | Courtroom Deputy |

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
| --- | --- | --- | --- | --- | --- | --- |
| | A | | | | Chronological set of records including all known medical records of Pamela Estes | |
| | B | | | | Fred Meyer employment file of Pamela Estes | |
| | C | | | | Covel Corp. Worker's Compensation file of Pamela Estes | |
| | D | | | | SAIF Corp. Worker's Compensation file of Pamela Estes. | |

Exhibit __A__
Page __1__ of __1__ Pages