```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

  PAMELA ESTES                    vs.  WAL-MART STORES, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:06-cv-00082-TMB

DEPUTY CLERK/RECORDER:    Elisa Singleton

APPEARANCES:    PLAINTIFF:    JOSEPH P. JOSEPHSON

                DEFENDANT:    WILLIAM A. EARNHART

PROCEEDINGS: STATUS CONFERENCE (Held May 7, 2007)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

Court and counsel heard re case status.  Counsel stated that trial will last less than two days.

Court and counsel heard re possible settlement conference.  Court to speak with Judge Smith and notify the parties if a settlement conference is possible.

At 2:14 p.m. court adjourned.

Off Record: Clerk and counsel set up exhibit review for May 9, 2007 at 10:00 a.m.

DATE: May 8, 2007        DEPUTY CLERK'S INITIALS:   ES