William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA ESTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | Case 3:06-cv-00082-TMB |
| ) | |

**PROPOSED JURY VOIR DIRE**

Along with the court's general questions regarding employment, family members, knowledge of the parties, involvement in prior litigation, and prior jury service, the parties propose the following other questions/topics for jury voir dire:

1. Please state all groups, organizations and clubs to which you belong.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

2. Number of years in Alaska.

3. Do you shop at Wal-Mart?

   (a) How often?

   (b) How would you characterize your shopping experience at Wal-Mart?

4. Are you or a family member a member of a labor union?

   (a) What union?

   (b) Does your union membership express any views on Wal-Mart, either officially or unofficially.

5. Have you ever worked for Fred Meyer?

6. Do you or have you ever worked in the hospitality industry, including restaurant, hotel/motel, or other tourist services?

7. Do you have any medical background and/or medical professional experience?

                            RICHMOND & QUINN
                            Attorneys for Defendant

Dated: 5/9/07      By:    s/ William A. Earnhart
                                  RICHMOND & QUINN, PC
                                  360 "K" Street, Suite 200
                                  Anchorage, Alaska 99501
                                  Ph: (907) 276-5727
                                  Fax: (907) 276-2953
                                  wearnhart@richmondquinn.com
                                  Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 9th day of May, 2007 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501


　　　/s/ William A. Earnhart
　　　RICHMOND & QUINN


2245\002\PLD\VOIR DIRE

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953