

Nov. 27, 2005

Reemployment Benefits Administrator
Alaska Department of Labor
Division of Workers Compensation
PO Box 107019
Anchorage, Alaska 99510-7019

**Claimant:** Pamela R. Estes
**Insured:** Fred Meyer of Alaska, Inc.
**Insurer:** Fred Meyer Stores, Inc.
**Injury Date:** 03/01/2001
**AWCB No.:** 200128161

## ELIGIBILITY ASSESSMENT REPORT (ADDENDUM)

### INTRODUCTION

The original Eligibility Assessment Report was submitted April 24, 2004. However, it was incomplete as the doctor had not addressed the job descriptions of her past ten-year work history.

On Nov. 1, 2005, this counselor received completed job descriptions from the attending physician, Dr. Eule. Therefore, a complete vocational evaluation is now being submitted.

State Statutes sets forth the criteria to be addressed in an Eligibility Assessment. This assessment consists of an interview and consultation with the injured worker, the attending physician, and the employer or his representative. The information obtained is then formulated in accordance with the specific criteria as outlined in AS23.30.041.

### EMPLOYEE CONSULTATION

The initial interview with Ms. Estes was completed Mar. 5, 2004. Ms. Estes seemed to be knowledgeable about the purpose of the visit and the nature and the scope of Reemployment Benefits as outlined in State Statute. The Worker's Compensation laws and procedures were

Pamela R. Estes
AWCB #: 200128161
Eligibility Assessment
Page 2

discussed and the state-published brochure regarding worker's compensation was given to her. Ms. Estes appeared to comprehend the information fully, and was a cooperative and sincere participant in the interview process. The following is a summary of Ms. Estes' work history as provided by the interview.

**1990-Present Time,** Fred Meyer, Inc., Anchorage, Alaska, customer service, order clerk, and retail manager of the nutrition dept.; salary at the time of injury- $19.89 per hr.; specific duties, set up supplies, stock, order stock, Nutrition Dept. Manager, and Alaska Trainer for Nutrition Dept..

Educationally, Ms. Estes graduated from Reynolds High School, Portland, Oregon in 1972. Ms. Estes attended one year of college at East Oregon in Bend, Oregon, majored in computers and typing. All other training has been received on the job.

For the purpose of The Eligibility Assessment, it is required that we identify job titles from the Dictionary of Occupational Titles corresponding to the ten-year work history and training for which the employee meets the Specific Vocational Preparation (SVP) Standard. The following jobs were selected as being representative of Ms. Estes' past ten-year work history.

| JOB TITLE | DOT # | STRENGTH LEVEL | SVP |
|---|---|---|---|
| Manager, Department | 299.137-010 | Medium Work | 7 |
| Laborer, Stores Order Clerk | 922.687-058 | Medium Work | 2 |
| Stock Clerk | 299.367-014 | Heavy Work | 4 |

### EMPLOYER CONSULTATION

The employer, Fred Meyer, Inc., Anchorage Alaska, has been contacted regarding return to work possibilities as Ms. Estes, at this time, is cleared to return to work in two of the three jobs regarding her past ten-year work history (Manager, Department; and Laborer, Stores Order Clerk).

In speaking with the HR Department, they indicate that these jobs are available from time to time and the possibilities would be greater to apply at the present time, than to wait until after the holidays when they will probably be cutting back.

### PHYSICIAN CONSULTATION

The primary attending physician for Ms. Estes is Dr. James Eule. Consequently, the job descriptions were given to him for his review. (See job descriptions enclosed.)

## REVIEW OF ELIGIBILITY CRITERIA

1.) **AS23.30.041 (e)(2): This section requires a physician's prediction that the employee will have permanent physical capacities that are less than the physical demands of the employee's job of injury and jobs held for the ten years prior to injury according to DOT/SCODOT definitions and for which SVP is met.**

Dr. Eule has approved of two of the three job descriptions of Ms. Estes' past ten-year work history (Manager, Department; and Laborer and Stores Order Clerk; however, he did not approve the job of Stock Clerk.) (See job descriptions enclosed.)

2.) **AS23.30.041 (f)(1): This section states that an employee is not eligible for Reemployment Benefits if the employer offers employment within the predicted post injury physical capacities at a wage equivalent to at least the state minimum wage or 75% of the worker' gross hourly wages at the time of injury, whichever is greater, and the employment prepares the employee to be employable at other jobs that exist in the labor market.**

The employer, Fred Meyer, Inc, Anchorage, Alaska has been contacted and the HR Department noted that the jobs of Manager, Department; and Laborer, Stores Order Clerk which are part of Ms. Estes past ten-year work-history are available from time to time, and it was recommended that they would be more readily available at the current time than after the holidays.

3.) **AS23.30.041 (f)(2): This section states that the employee is not eligible if he/she has been previously rehabilitated within a former Worker's Compensation claim and returned to work in the same or similar occupation in terms of physical demands required of the employee at the time of the previous injury.**

The employee, Ms. Pamela Estes, has not been previously rehabilitated under a former Worker's Compensation claim and is not disqualified according to provisions of this statute.

4.) **AS23.30.041 (f)(3): This section states that the employee is not eligible for Reemployment Benefits if at the time of medical stability no permanent impairment is identified or expected.**

Dr. Eule has approved two of the three job descriptions as being within her physical capacities (Manager, Department; and Laborer, and Stores Order Clerk) and has disapproved of the third job, Stock Clerk as not being within Ms. Estes' physical capacities. (See Physician's Response Section of the Job Descriptions enclosed.)

PO Box 190993 -- Anchorage, Alaska – 99519
Phone: (907) 522-4884 - Fax: (907) 522-3703 - Email: mundorf@email.com

attachment 1, pg 3

Pamela R. Estes
AWCB #: 200128161
Eligibility Assessment
Page 4

## ELIGIBILITY STATEMENT

According to my review of the eligibility criteria and based on the information available in this case, it is would appear that Ms. Pamela R. Estes could return to work and therefore, would **not** be eligible for reemployment benefits.

## DISCUSSION / CONCLUSIONS

This report is being submitted to the RBA or his Designee for review and consideration. He or his Designee will issue a determination based upon information submitted. Any parties wishing to supply additional information for his/her consideration prior to issuing the actual eligibility determination should do so within 10 days of receipt of this report. You may write to the RBA at the address at the beginning of this report.

Should you have questions regarding this case, or if I can be of any further assistance please feel free to call my office.

NORTH RIM VOCATIONAL
REHABILITATION SERVICES

*[signature: Leonard E. Mundorf]*

Leonard E. Mundorf, MSEd, CAS, CRC
Vocational Consultant

Cc:   Ms. Pamela R. Estes
      Ms. Angela White, Adjuster

Enc.: 3 Job Descriptions

*Attachment 1, Pg 4*

PO Box 190993 – Anchorage, Alaska  99519
Phone: (907) 522-4884  - Fax: (907) 522-3703 – Email: mundorf@email.com

...la R. Estes
Manager, Department
AWCB # 200128161
Page 4

## PHYSICIAN RESPONSE SECTION

In your opinion, do you expect the patient to have the predicted permanent physical capacities to perform the job described above?

YES  X   NO ____     REC'D SEP 1 5 2004

In your opinion, do you expect the patient to have a permanent impairment ratable under whole person determination, Fifth Edition AMA Guidelines?

YES  X   NO ____     REC'D NOV 0 1 2005

Comments: _____

_____

_____

_____

_____

_____

_____ Signature  10/24/05  Date

PO Box 190993 – Anchorage, Alaska – 99519
Phone: (907) 522-4884 – Fax: (907) 522-3700 – Email: northrim@email.com

Attachment 1, Pg 5

Pamela R. Estes
AWCB # 200128161
Stock Clerk
Page 3

## PHYSICIAN RESPONSE SECTION

REC'D NOV 01 2005

In your opinion, do you expect the patient to have the predicted permanent physical capacities to perform the job described above?

YES ___ NO _X_

In your opinion, do you expect the patient to have a permanent impairment ratable under whole person determination, Fifth Edition AMA Guidelines?

YES _X_ NO ___

Comments: _____

_____

_____

_____

_____

_____

_____ Signature  10/25/05

PO Box 190993 – Anchorage, Alaska – 99519
Phone: (907) 522-4884 – Fax: (907) 522-3703 – Email: mundorf@cmuli.com

*attachment 1, pg 6*