What's on your list today? You'll find it at


# FredMeyer

FRED MEYER STORES · P.O. Box 42121 · Portland, OR 97242-0121 · 3800 SE 22nd Ave. · Portland, OR 97202-2918 · 503 232-8844 · http://www.fredmeyer.com

January 13, 2005

Pamela Estes
P.O. Box 240473
Anchorage, AK. 99524

Re:   Workers' Compensation Leave

Dear Ms. Estes:

Our records indicate that you have been off work due to a work-related injury since January 9, 2004. Since that time you have been unable to return to work, with or without accommodation.

Please be advised that you have exhausted the maximum time allowable to you as provided by Federal and State Law as well as Company Policy. Based on the foregoing, Fred Meyer will be administratively termination your employment as of today's date January 13, 2005 as a voluntary resignation.

If you have any question please feel free to contact Mike Vinson at (907) 365-2014. On behalf of the Company, I would like to wish you well in your continued recovery, and at such time as you are able we would welcome you to reapply

Sincerely,

*Teri Herndon*

Teri Herndon
Employee Relations Administrator

cc:   Debbie Newstrand
      Mike Vinson (656)

Attachment 2, Pg 1

"Always strive to offer Customers the service, selection, quality and price that satisfies them best."   Fred G. Meyer, Founder, 1886-1978