William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA ESTES,            )<br>                          )<br>         Plaintiff,      )<br>                          )<br>     v.                   )<br>                          )<br>WAL-MART STORES, INC.,    )<br>                          )<br>         Defendant.       )<br>_____) | Case 3:06-cv-00082-TMB |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Defendant Wal-Mart Stores, Inc., hereby files its objections to the following of Proposed Jury Instructions for Plaintiff Estes.

<u>Alaska Pattern Jury Instruction 3.06</u> - This jury instruction is confusing in that its second full paragraph discusses concurrent causes. This is not a case of two individuals firing their guns at the same time or other set of

concurrent causes. Plaintiff slip and fell on a clothes hanger. There are issues of negligence and comparative negligence, but not a situation where "two forces operated to cause the harm."

Secondly, defendant objects to all jury instructions addressing future non-economic losses. It is believed that the medical records are clear, and in fact plaintiff's testimony is clear, that any injury that occurred at Wal-Mart has resolved itself. Plaintiff has argued that because of the injury, her recovery from her other back injury was delayed causing her to lose employment and thus suffered economic loss. However, her non-economic loss ended upon her recovery from the injury at Wal-Mart, which although disputed, is no more than five months after the accident in question.

DATED this 11th day of May, 2007, at Anchorage, Alaska.

                              RICHMOND & QUINN
                              Attorneys for Defendant

By:     s/ William A. Earnhart
       RICHMOND & QUINN, PC
       360 "K" Street, Suite 200
       Anchorage, Alaska 99501
       Ph: (907) 276-5727
       Fax: (907) 276-2953
       wearnhart@richmondquinn.com
       Alaska Bar No. 9411099

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 11th day of May, 2007 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501


_____/s/ William A. Earnhart_____
            RICHMOND & QUINN

2245\002\PLD\OBJECTION TO J.I.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953