MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 PAMELA ESTES                    vs.  WAL-MART STORES, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:06-cv-00082-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    JOSEPH JOSEPHSON - TELEPHONIC

                DEFENDANT:    WILLIAM EARNHART

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD MAY 23, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:12 a.m. court convened.

Court and counsel heard re unfiled pretrial pleadings; all
pretrial pleadings due **May 25, 2007** including proposed voir dire,
trial briefs, and final witness list. Trial by Jury previously
set for May 30, 2007 at 9:00 a.m. is **VACATED** and reset for **May
31, 2007 at 8:30 a.m.**

At 10:25 a.m. court adjourned.

DATE:        May 23, 2007        DEPUTY CLERK'S INITIALS:    amk