Joe P. Josephson, Esq.,
Josephson & Associates, PC
912 West 6th Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Email: Josephson@aol.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA R. ESTES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) Case No. 3:06-cv-00082-TMB |

**PROPOSED JURY VOIR DIRE FOR PLAINTIFF**

Together with general questions concerning employment, family members, knowledge of the parties, involvement in prior litigation, and prior jury service, the plaintiff proposes the following other questions/topics for jury voir dire:

1. Have you or a member of your family ever worked for Fred Meyer?

2. Have you or a member of your family, either in a business owned or operated by you or by a member of your family, ever been engaged in a retail business catering to the general public?

3. If so, did any customer or other business visitor ever claim to have been injured?  How was that injury claimed to have occurred?

    4.    Whether or not there was litigation, has anyone claimed to have been hurt, excluding traffic cases, because of negligence on the part of yourself or a member of your family?

    5.    Have you or a member of your family ever sustained a bodily injury which required physical therapy?

    6.    From your personal experience, or from the experience of any close relatives, become acquainted with depression as an illness or condition?

    7.    If so, do you have a general position or philosophy about how depression should be dealt with, or do you think that is a personal or case-by-case decision for the individual who is affected?

DATED at Anchorage, Alaska, this 25th day of May, 2007.

    s/ Joe P. Josephson
    912 W. 6th Ave
    Anchorage, AK 99501
    (907) 276-0151
    Fax: (907) 276-0155
    Email: jjosephson@aol.com
    Alaska Bar No. 6102018

Certificate of Service:
I hereby certify that on the 25th day of May, 2007, a copy of foregoing, "Proposed Jury Voir Dire for Plaintiff" was Served electronically on William Earnhart

s/ Joe P. Josephson