IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA ESTES,<br><br>                Plaintiff,<br>  vs.<br>WAL-MART STORES, INC.,<br><br>                Defendants. | Case No. 3:06-cv-0082   TMB<br><br>O R D E R |

      Before the Court is Wal-Mart Stores, Inc.'s ("Wal-Mart") Motion in Limine Re: Plaintiff's Wage Loss, filed on April 25, 2007 (Dkt. No. 18).  Although Wal-Mart characterizes the Motion as a motion in limine, its Motion seeks dismissal of the Plaintiff's claim for lost wages and would be dispositive as to that claim.

      Under the Court's Scheduling and Planning Order of May 22, 2006 (Dkt. No. 12), all dispositive motions were to be filed no later than thirty (30) days following the close of discovery. According to that same Order, discovery was completed on January 15, 2007, and therefore the deadline for dispositive motions was February 15, 2007.  Thus, Wal-Mart's dispositive motion was filed over two months after the deadline, and is therefore DENIED.

      Dated at Anchorage, Alaska, this 29th day of May, 2007.

                                                  /s/ Timothy Burgess<br>
                                                  Timothy M. Burgess<br>
                                                  United States District Judge