MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>     PAMELA ESTES     </u>    vs.    <u>   WAL-MART STORES, INC.   </u>

BEFORE THE HONORABLE<u> TIMOTHY M. BURGESS </u>CASE NO<u> 3:06-CV-00082-TMB </u>

DEPUTY CLERK/RECORDER:<u>        SUZANNETTE LUCERO             </u>

APPEARANCES:    PLAINTIFF:<u>    JOSESPH JOSEPHSON - TELEPHONIC   </u>

                DEFENDANT:<u>    WILLIAM EARNHART - TELEPHONIC    </u>

PROCEEDINGS: STATUS CONFERENCE HELD 5/30/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

Court and counsel heard re Court's concerns re preparation of trial and continuing trial to next week.

Status Conference to be set this Friday; Chambers to send parties minute order with date and time.

Trial by Jury previously set for **May 31, 2007 is VACATED.**

Trial by Jury reset for **June 6, 2007 at 8:30 a.m.**

At 10:20 a.m. court adjourned.

DATE:<u>     May 30, 2007     </u>   DEPUTY CLERK'S INITIALS:<u>    SCL    </u>