William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA ESTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | Case 3:06-cv-00082-TMB |
| ) | |

**JOINT PROPOSED JURY VOIR DIRE**

Along with the court's general questions regarding employment, family members, knowledge of the parties, involvement in prior litigation, and prior jury service, the parties propose the following other questions/topics for jury voir dire:

1. Please state all groups, organizations and clubs to which you belong.

2. Number of years in Alaska.

3. Have you or a member of your family ever worked for Fred Meyer?

4. Do you shop at Wal-Mart?

   (a) How often?

   (b) How would you characterize your shopping experience at Wal-Mart?

5. Have you or a member of your family, either in a business owned or operated by you or by a member of your family, ever been engaged in a retail business catering to the general public?

6. If so, did any customer other business visitor ever claim to have been injured? How was that injury claimed to have occurred?

7. Whether or not there was litigation, has anyone claimed to have been hurt, excluding traffic cases, because of negligence on the part of yourself or a member of your family?

8. Do you or have you ever worked in the hospitality industry, including restaurant, hotel/motel, or other tourist services?

9. Do you have any medical background and/or medical professional experience?

**JOINT PROPOSED VOIR DIRE**
ESTES v. WAL-MART STORES, CASE NO. 3:06-CV-00082-TMB
PAGE 2 OF 4

10. Have you or a member of your family ever sustained a bodily injury which required physical therapy?

11. From your personal experience, or from the experience of any close relatives, become acquainted with depressed as an illness or condition?

12. If so, do you have a general position or philosophy about how depression should be dealt with, or do you think that is a personal or case-by-case decision for the individual who is affected?

13. Are you or a family member a member of a labor union?

(a) What union?

(b) Does your union membership express any views on Wal-Mart, either officially or unofficially.

RICHMOND & QUINN<br>
Attorneys for Defendant

Dated: 6/1/07        By:    s/ William A. Earnhart
                     RICHMOND & QUINN, PC
                     360 "K" Street, Suite 200
                     Anchorage, Alaska 99501
                     Ph: (907) 276-5727
                     Fax: (907) 276-2953
                     wearnhart@richmondquinn.com
                     Alaska Bar No. 9411099

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 1st day of June, 2007 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501

    /s/ William A. Earnhart
    RICHMOND & QUINN

2245\002\PLD\VOIR DIRE

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953