William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PAMELA ESTES,                          )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )
                                       )
WAL-MART STORES, INC.,                 )
                                       )
            Defendant.                 ) Case 3:06-cv-00082-TMB
                                       )

### PROPOSED STANDARD JURY INSTRUCTIONS

The parties hereby agree that the court should use its own set of standard instructions or if it does not have a set of standard instructions, Ninth Circuit Model Jury Instructions 1.1 through 1.3; 1.6 through 1.14; 1.18 through 1.19; 2.1 through 2.3; 2.8; 2.11 through 2.13; 3.1 through 3.4; 5.1 through 5.3.

DATED this 1st day of June, 2007, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By:  s/ William A. Earnhart
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 1st day of June, 2007 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501

/s/ William A. Earnhart
RICHMOND & QUINN

2245\002\PLD\STANDARD JURY INSTR

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953