```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

       PAMELA ESTES                vs.    WAL-MART STORES, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:06-CV-00082-TMB

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:    JOSESPH JOSEPHSON

               DEFENDANT:    WILLIAM EARNHART

PROCEEDINGS: CONTINUED FINAL PRETRIAL CONFERENCE HELD 6/01/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:04 p.m. court convened.

Court and counsel heard re parties joint filings, pattern instructions and trial procedures.

At 2:11 p.m. court adjourned.

DATE:   June 1, 2007      DEPUTY CLERK'S INITIALS:      SCL