UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

**Pamela Estes v. Wal-Mart Stores, Inc.**

| Presiding Judge: Timothy S. Burgess | Plaintiff's Attorney: Joe P. Josephson | | Defendant's Attorney William A. Earnhart | |
|---|---|---|---|---|
| Trial Date: May 30, 2005 | Court Reporter: | | Courtroom Deputy: | |
| Plf. Ex. | Offered | Admitted | Description | |
| 1 | | | W-2 tax statements 2002, 2003, 2004 | |
| 2 | | | W-2 tax statement 2005 | |
| 3 | | | Tax Form 1040, tax return for 2003 | |
| 4 | | | Tax Form 1040, tax return for 2004 | |
| 5 | | | Tax Form 1040, tax return for 2005 | |
| 6 | | | Payroll Voucher, June 2004 | |
| 7 | | | Payroll Voucher, July 2005 | |
| 8 | | | Statement of Account, 401(k) savings plan, showing balance as of 12/31/2004 | |
| 9 | | | Distribution records from Kroger Savings Plan from 2005 | |

| | | | | |
|---|---|---|---|---|
| 10 | | | Physical Therapy flow sheet reflecting visits Jan. and Feb. 2005 | |
| 11 | | | Statement re. Schwab account | |
| 12 | | | Physical therapy and medical records 2005, bate stamp nos. 0002-0003, 0005-0006, 0009-0010, 0014, 0024-0048 | |
| 13 | | | Notice of Termination from Fred Meyer dated Jan 13 05 | |
| 14 | | | CorVel inquiry to Dr. Eule Dec 04 and Dr. Eule's response re limits of weight bearing | |
| 15 | | | Report dated Nov. 27, 2005, certifying that plf was physically able to return to work as a manager at Fred Meyer's, with attachments prepared by Dr. Eule | |
| 16 | | | AK Workers' Comp Board tally of benefits paid in 2005 | |
| 17 | | | Personal Option Status (Kroger) as of 1/31/05 | |