UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA ESTES, ) )      Plaintiff, ) )      v. ) ) WAL-MART STORES, INC., ) )      Defendant. ) ) | Case No. 3:06-cv-00082-TMB |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 4th day of June, 2007, I caused a true and correct copy of the document entitled, "Exhibit List", and this "Certificate of Service" to be electronically filed with the Federal Court. This certificate of service should have been attached to that document, but is linked electronically instead.

Dated this 4th day of June, 2007 at Anchorage, Alaska.

This is to certify that on this 4th day
of June, 2007 a true and correct copy
of the foregoing was hand delivered to:
William Earnhart
RICHMOND & QUINN, PC
360 K Street, Suite 200
Anchorage, Alaska 99501

**JOSEPHSON & ASSOCIATES, P.C.**

_____
Barb Bowersmith
Legal Secretary