```
Joe P. Josephson
Attorney for Pamela Estes
912 West 6th Ave
Anchorage, AK 99501
(907)276-0151
Facsimile: (907)276-0155
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| PAMELA ESTES, | |
|---|---|
| Plaintiff, | |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | Case No. 3:06-cv-00082-TMB |

**Plaintiff Exhibit List**

| Presiding Judge: Timothy S. Burgess | Plaintiff's Attorney: Joe P. Josephson | Defendant's Attorney William A. Earnhart | |
|---|---|---|---|
| Trial Date: May 30, 2005 | Court Reporter: | Courtroom Deputy: | |
| Plf. Ex. | Offered | Admitted | Description |
| 1 | | X | W-2 tax statements 2002, 2003, 2004 |
| 2 | | X | W-2 tax statement 2005 |
| 3 | | X | Tax Form 1040, tax return for 2003 |

| | | | | |
|---|---|---|---|---|
| 4 | | X | Tax Form 1040, tax return for 2004 | |
| 5 | | X | Tax Form 1040, tax return for 2005 | |
| 6 | | X | Payroll Voucher, June 2004 | |
| 7 | | X | Payroll Voucher, July 2005 | |
| 8 | | X | Statement of Account, 401(k) savings plan, showing balance as of 12/31/2004 | |
| 9 | | X | Distribution records from Kroger Savings Plan from 2005 | |
| 10 | | X | Physical Therapy flow sheet reflecting visits Jan. and Feb. 2005 | |
| 11 | | X | Statement re. Schwab account | |
| 12 | | X | Physical therapy and medical records 2005, bate stamp nos. 0002-0003, 0005-0006, 0009-0010, 0014, 0024-0048 | |
| 13 | | X | Notice of Termination from Fred Meyer dated Jan 13 05 | |
| 14 | | X | CorVel inquiry to Dr. Eule Dec 04 and Dr. Eule's response re limits of weight bearing | |
| 15 | | X | Report dated Nov. 27, 2005, certifying that plf was physically able to return to work as a manager at Fred Meyer's, with attachments prepared by Dr. Eule | |

| 16 |  | X | AK Workers' Comp Board tally of benefits paid in 2005 |  |
|----|--|---|-------------------------------------------------------|--|
| 17 |  | X | Personal Option Status (Kroger) as of 1/31/05 |  |

Dated this 5th day of June at Anchorage, Alaska.

/s/ Joe P. Josephson
Josephson and Associates, P.C.
AK Bar Number: 6102018
912 West 6th Ave.
Anchorage, AK 99501
Tel: (907)276-0151
Facsimile: (907)276-0155
jjosephson@aol.com

Certificate of Service:
I hereby certify that on the
5th day of June, 2007, a copy
Of the foregoing, "Plaintiff's
Exhibit List" was filed electronically and served
By hand delivery on William Earnhart

/s/  Joe P. Josephson