MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

PAMELA ESTES vs. WAL-MART STORES, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS   CASE NO 3:06-CV-00082-TMB

DEPUTY CLERK/RECORDER:   SUZANNETTE LUCERO/CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:   JOSESPH JOSEPHSON

                DEFENDANT:   WILLIAM EARNHART

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD 6/06/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:32 a.m. court convened without prospective jurors.

Court and counsel heard re proposed jury instructions, trial scheduling, opening statements, jury selection, prospective jurors and witness.

At 8:39 a.m. court recessed until 9:04 a.m. without prospective jurors.

Individual voir dire of 2 prospective jurors.

Court and counsel heard re pattern jury instructions.

At 9:14 a.m. court recessed until 9:26 a.m. with 29 prospective jurors.

Introduction of counsel.

Oath as to qualifications administered.

General voir dire conducted.

At 9:53 a.m. juror 15 excused.
At 9:56 a.m. juror 10 excused.
At 10:03 a.m. juror 14 excused.
At 10:05 a.m. juror 23 excused.
At 10:09 a.m. juror 1 excused.
At 10:15 a.m. juror 22 excused.

Continued To Page 2

DATE:   June 6, 2007   DEPUTY CLERK'S INITIALS:   SCL

```
                  Continuation - Page 2
            Pamela Estes vs. Wal-Mart Stores, Inc.
                     3:06-CV-00082-TMB
                    Trial By Jury - Day 1
                       June 6, 2007
----------------------------------------------------------------
```

At 10:29 a.m. juror 6 excused.

Court and counsel heard re scheduling.

At 10:37 a.m. court recessed until 10:59 a.m. with 22 prospective jurors present.

Court addressed prospective jurors re length of trial and scheduling.

General voir dire continued.

Court directed clerk to call 18 names; 18 names called.

Individual voir dire conducted.

Court and counsel heard re peremptory challenges.

At 11:37 a.m. court recessed until 11:57 a.m. with 22 prospective jurors.

Peremptory challenges taken; jury panel of 8 selected.

Impaneling oath administered.

At 12:00 p.m. the excess jurors thanked and excused.

Court admonished jury panel.

At 12:03 p.m. jurors exited courtroom.

Court and counsel heard re trial scheduling.

At 12:05 p.m. court recessed until 1:26 p.m. without jury panel present.

Court and counsel heard re proposed jury instructions.

                        Continued To Page 3

DATE:____June 6, 2007_____   DEPUTY CLERK'S INITIALS:_____SCL_____

```
                     Continuation - Page 3
               Pamela Estes vs. Wal-Mart Stores, Inc.
                        3:06-CV-00082-TMB
                       Trial By Jury - Day 1
                          June 6, 2007
------------------------------------------------------------------
```

At 1:28 p.m. court recessed until 1:29 p.m. without jury panel present.

Court and counsel heard re Plaintiff and Defendant's exhibits.

At 1:31 p.m. court recessed until 1:36 p.m. without jury panel present.

Court and counsel heard re Plaintiff and Defendant's exhibits.

At 1:40 p.m. jury panel entered courtroom.

Court addressed jury panel re overview of case and read jury instructions.

Opening statements heard.

At 2:19 p.m. jury panel exited courtroom.

Court and counsel heard re witness exclusionary rule invoked and defendant's exhibits.

At 2:21 p.m. court recessed until 2:32 p.m. with jury panel present.

Pamela Estes sworn and testified on her own behalf. Defendant's exhibits A, J and Plaintiff's exhibit 15 **IDENTIFIED**.

At 3:46 p.m. jury panel exited courtroom.

Court addressed witness re cross examination.

At 3:49 p.m. court recessed until 4:01 p.m. without the jury panel present.

                        Continued To Page 4

DATE:    June 6, 2007          DEPUTY CLERK'S INITIALS:    SCL

```
                    Continuation - Page 4
              Pamela Estes vs. Wal-Mart Stores, Inc.
                       3:06-CV-00082-TMB
                     Trial By Jury - Day 1
                         June 6, 2007
-----------------------------------------------------------------
```

Court and counsel heard re jury instructions.

At 4:02 p.m. the jury panel entered the courtroom.

Pamela Estes resumed the stand and testified further on her own behalf.  Defendant's exhibit A **IDENTIFIED**.

At 4:33 p.m. the jury panel exited the courtroom to reconvene Thursday, June 7, 2007 at 9:00 a.m.

Court and counsel heard re jury instructions, witnesses, questioning of witnesses and exhibits.

Plaintiff's exhibits 1, 2, 3, 4, 5, 6, 7,8, 9, 10, 11, 12, 13, 14, 15, 16 and 17 **ADMITTED BY STIPULATION.**

Defendant's exhibits A, B, C and D **ADMITTED BY STIPULATION**.

At 4:38 p.m. court recessed this matter to reconvene **Thursday, June 7, 2007 at 8:30 a.m.**

DATE:   June 6, 2007          DEPUTY CLERK'S INITIALS:     SCL/CE