```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

_____PAMELA ESTES_____    vs.   ___WAL-MART STORES, INC.___

BEFORE THE HONORABLE_TIMOTHY M. BURGESS_ CASE NO_3:06-CV-00082-TMB_

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

APPEARANCES:    PLAINTIFF:___JOSESPH JOSEPHSON_____

                DEFENDANT:___WILLIAM EARNHART_____

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD 6/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:30 a.m. court convened without jury panel present.

Plaintiff and counsel not present.

At 8:31 a.m. court recessed until 8:32 a.m. without jury panel present.

Court and counsel heard re jury instructions.

At 8:56 a.m. court recessed until 9:13 a.m. with jury panel present.

Pamela Estes resumed the stand and testified further on her own behalf.

Chad Ross sworn and testified on behalf of the plaintiff as an expert witness.

At 10:26 a.m. recessed until 10:50 a.m. with jury panel present.

Pamela Estes resumed the stand and testified further on her own behalf.

Harold Ray Estes sworn and testified on behalf of the plaintiff.

At 11:37 a.m. the jury panel exited the courtroom to go to lunch and return at 1:15 p.m.

Continued To Page 2

DATE:___June 7, 2007_____  DEPUTY CLERK'S INITIALS:_____SCL_____

```
                    Continuation - Page 2
            Pamela Estes vs. Wal-Mart Stores, Inc.
                       3:06-CV-00082-TMB
                     Trial By Jury - Day 2
                         June 7, 2007
-----------------------------------------------------------------
```

Court and counsel heard re defendant's oral motion for directive verdict re liability; **DENIED**, and defendant's oral motion for directive verdict re health insurance coverage; **GRANTED**.

Plaintiff rested.

Court and counsel heard re jury instructions and trial scheduling.

At 11:51 a.m. court recessed until 1:15 p.m. without jury panel present.

Court and counsel heard re special verdict form and jury instructions.

At 1:31 p.m. court recessed until 1:54 p.m. without the jury panel present.

Court and counsel heard re jury instructions.

At 1:58 p.m. jury panel entered the courtroom.

Court read instruction to the jury panel re parties' stipulation.

Mercedes Consuella Lue sworn and testified on behalf of the defendant.

Karen Lorraine Bell sworn and testified on behalf of the defendant.

Charles Martin Howard sworn and testified on behalf of the defendant.

Defendant rested.

At 2:55 p.m. jury panel exited the courtroom.

                    Continued To Page 3

DATE:_____June 6, 2007_____   DEPUTY CLERK'S INITIALS:_____SCL_____

```
                  Continuation - Page 3
            Pamela Estes vs. Wal-Mart Stores, Inc.
                     3:06-CV-00082-TMB
                    Trial By Jury - Day 2
                        June 7, 2007
----------------------------------------------------------------
```

Court and counsel heard re admitted exhibits, jury instructions and closing arguments.

At 3:00 p.m. court recessed until 3:19 p.m. with jury panel present.

Court addressed the jury panel.

Closing arguments heard.

Court read jury instructions and admonished the jury panel.

At 4:58 p.m. the jury panel exited the courtroom to reconvene on Friday, June 8, 2007 at 9:00 a.m. begin deliberations.

Court and counsel heard re admitted exhibits and counsel's contact information.

At 4:59 p.m. court recessed this matter to reconvene on **Friday, June 8, 2007 at 9:00 a.m.**

OFF RECORD NOTE: All admitted exhibits, blank jury notes, original jury instructions and original verdict form forwarded to the jury panel via the bailiff.

DATE:   June 7, 2007         DEPUTY CLERK'S INITIALS:    SCL