```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

_____PAMELA ESTES_____ vs. _____WAL-MART STORES, INC._____

BEFORE THE HONORABLE _TIMOTHY M. BURGESS_ CASE NO _3:06-CV-00082-TMB_

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

APPEARANCES:   PLAINTIFF: _____JOSEPH JOSEPHSON_____

               DEFENDANT: _____WILLIAM EARNHART_____

PROCEEDINGS: TRIAL BY JURY - DAY 3 / VERDICT HELD 6/08/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:47 p.m. court convened without the jury panel present.

Court and counsel heard re jury note.

At 2:49 p.m. the jury panel entered the courtroom.

Verdict published. Jury found in favor of the Plaintiff.

Jury polled; all answered in the affirmative.

At 2:54 p.m. court thanked and excused the jury panel.

At 2:56 p.m. court adjourned.

Jury Instructions and Special Verdict Form **FILED**.

List of Exhibits and Witnesses to be filed separately.

All admitted exhibits returned to counsel.

DATE: _____June 8, 2007_____    DEPUTY CLERK'S INITIALS: _____SCL_____