(Rev 6/07)

**LIST OF EXHIBITS**

------------------------------------------------------------------------------

Case No.____3:06-CV-00082-TMB_____    Judge:____**TIMOTHY M. BURGESS**_____

Title_____PAMELA ESTES_____

vs.

_____WAL-MART STORES, INC._____

Dates of Trial:   June 6, 2007   Thru   June_____, 2007

Deputy Clerk/Recorder:   S. Lucero / C. Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Joseph Josephson | William Earnhart |
|  |  |
|  |  |

----------------------------------------------**EXHIBITS**----------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 6/6 | W-2 tax statements 2002, 2003, 2004 | A | ✓ | 6/6 | Letter F/ Dr. Eule -Packet of letters |
| 2 | ✓ | 6/6 | W-2 Statement 2005 | B | ✓ | 6/6 |  |
| 3 | ✓ | 6/6 | Tax Form 1040 Tax return 2003 | C | ✓ | 6/6 |  |
| 4 | ✓ | 6/6 | Tax Form 1040 Tax return 2004 | D | ✓ | 6/6 |  |
| 5 | ✓ | 6/6 | Tax Form 1040 Tax return 2005 | E |  |  |  |
| 6 | ✓ | 6/6 | Payroll voucher 6/04 | F |  |  |  |
| 7 | ✓ | 6/6 | Payroll Voucher 7/05 | G |  |  |  |
| 8 | ✓ | 6/6 | Statement of Acct 401K - balances 12/31/04 | H |  |  |  |
| 9 | ✓ | 6/6 | Distribution records From Kroger Savings Plan From 2005 | I |  |  |  |
| 10 | ✓ | 6/6 | Physical therapy Flow sheet - visits Jan & Feb 2005 | J |  | ✓ | Letter |
| 11 | ✓ | 6/6 | Statement re Schwab Account | K |  |  |  |

**Case No: 3:06-CV-00082-TMB          Judge: TIMOTHY M. BURGESS**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | ✓ | 6/6 | Physical therapy & Medical records 2005 bate stamp 002-007, 0005-0006, 0001-0010 0014, 0020 - 0048 | | | | |
| 13 | ✓ | 6/6 | Notice of Termination 1/17/05 | | | | |
| 14 | ✓ | 6/6 | Corvel Inquiry to Dr. Eule 12/04 & Response re limits of weight bearing | | | | |
| 15 | ✓ | 6/6 | Report dtd 11/27/2005 w/attachments by Dr. Eule | | | | |
| 16 | ✓ | 6/6 | AK Workers' Comp Board tally of benefits pd in 2005 | | | | |
| 17 | ✓ | 6/6 | Personal option status (kroger) dtd 1/31/05 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |