UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PAMELA ESTES,                            )
                                         )
                Plaintiff,               )
                                         )
        v.                               )
                                         )
WAL-MART STORES, INC.,                   )
                                         )
                Defendant.               )    Case 3:06-cv-00082-TMB
_____)

## SPECIAL VERDICT FORM

We, the jury in the above entitled case, find the following special verdict submitted to us in the above captioned case.

1.      Was defendant, Wal-Mart negligent in maintaining the store wherein plaintiff, Pamela Estes was injured?

Answer "yes" or "no."  Answer: _____yes_____

If you answered the above question "no," do not answer any further questions. Your foreperson should date and sign this verdict form.

However, if you answered "yes" to question number one, please answer question number two.

2.      Was the negligence of the defendant, Wal-Mart, a legal cause of the injuries to plaintiff?

Answer "yes" or "no."  Answer: _____yes_____

If you answered the above question "no," do not answer any further questions.

Your foreperson should date and sign this verdict.

However, if you answered "yes" to question number two, please answer question number three and four.

3.      What are the damages suffered by plaintiff, Pamela Estes, as a legal result of the accident?

(a)     Past Economic Damages                              $_____0_____

(b)     Past Non-Economic Damages                    $___$25,000.00___
        Pain and Suffering, Loss of
        Enjoyment of Life, and
        Inconvenience

(c)     Future Economic Damages                         $_____0_____

(d)     Future Non-Economic Damages                 $_____0_____
        Pain and Suffering, Loss of
        Enjoyment of Life, and
        Inconvenience

                        **TOTAL:**     $__25,000.00__

If you have awarded Plaintiff Pamela Estes any sum of money in answer to question No. 3, then answer question No. 4.

4.      Was Plaintiff Pamela Estes negligent?

        Answer "yes" or "no."  Answer: _____no_____

5.      Was the negligence of Plaintiff Pamela Estes a legal cause of injury to

        herself?

        Answer "yes" or "no."  Answer: _____NA_____

        If your answer to question No. 5 is yes, then answer question No. 6.

6.   Assuming the combined responsibility of Plaintiff Pamela Estes and Defendant Wal-Mart to be 100 percent, what percentage of responsibility is attributable to:

Plaintiff Pamela Estes    _____%

Defendant Wal-Mart       _____%

**TOTAL:**                          **100%**


Dated this___8___day of June, 2007.

REDACTED SIGNATURE

Jury Foreperson   #5