**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

PAMELA ESTES,
    Plaintiff,

                              Case Number 3:06-cv-00082-TMB

v.

WAL-MART STORES, INC.,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

<u> XXX </u>  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>     </u>  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

      THAT Plaintiff Pamela Estes, recover of defendant Wal-Mart Stores, Inc., the sum of $25,000.00 with postjudgment interest thereon at the rate of <u>4.98</u>% as provided by law.

APPROVED:

<u> /s/Timothy M. Burgess     </u>
Timothy M. Burgess
United States District Judge

Date: June 12, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*
                       <u>    Ida Romack     </u>
                       Ida Romack, Clerk of Court

[306cv82TMB-judgment.wpd]{JMT2.WPT*Rev.3/03}