William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA ESTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | Case 3:06-cv-00082-TMB |
| ) | |

### SATISFACTION OF JUDGMENT

WHEREAS, on June 12, 2007, a judgment in the above entitled action was recovered by plaintiff, PAMELA ESTES, against defendant, WAL-MART STORES, INC., in the amount of TWENTY-FIVE THOUSAND and NO/100 DOLLARS ($25,000), with interest thereon at the rate of 4.98% per annum from date of judgment until paid in full; and

WHEREAS, pursuant to agreement of the parties, said judgment has been fully satisfied;

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOW, THEREFORE, satisfaction of the said judgment is hereby acknowledged and the Clerk of the Court is hereby directed to cancel and discharge the same.

Dated: _____        _____
                                TIMOTHY M. BURGESS
                                U.S. District Court Judge


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 3rd day of July, 2007 to:

Joe P. Josephson
Josephson & Associates
912 W. 6th Avenue
Anchorage, Alaska 99501


    /s/ William A. Earnhart
    RICHMOND & QUINN


2245\002\PLD\SATISFACTION OF JUDGMENT

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953